

**STINSON MORRISON HECKER** LLP

Leslie E. O'Hara
(602) 212-8600
lohara@stinson.com
www.stinson.com

1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584

*Tel* (602) 279-1600
*Fax* (602) 586-5251

August 21, 2009

Judge Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 W. Washington Street, SPC 59
Phoenix, AZ 85003-2158

    Re:    *Watson v. City of Phoenix, et al.*, CV-08-1129-PHX-ROS
            First Notice of Discovery and Settlement

Dear Judge Silver:

      The parties unsuccessfully mediated this matter in June, 2008, soon after the Complaint was filed. Since then and before any depositions were taken, the Plaintiffs offered to settle this matter for an amount previously discussed at the mediation. Counsel for Defendants must obtain approval for any settlement from the City of Phoenix through its claims committee process. The presentation to the claims committee will be made after the Plaintiffs' depositions.

      Plaintiffs will be deposed on September 21 and 24. Plaintiffs just completed the depositions of the three police officers involved in Doris Watson's incident as well as one of the paramedics that responded to the scene. Defendants have served written discovery requests, the responses to which are due September 11, 2009. Plaintiffs are in the process of promulgating their written discovery requests. No discovery disputes have arisen thus far.

                              Yours very truly,

                              STINSON MORRISON HECKER LLP

                              Leslie E. O'Hara
                              Attorney for Plaintiffs

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

DB03/810356.0002/9215682.1 CR09

Judge Roslyn O. Silver
August 21, 2009
Page 2

**JONES, SKELTON & HOCHULI** PLC

*[signature]* *signed with the consent of*

Kathleen L. Wieneke
Attorney for Defendants

LEO:rvs