Memorandum of Points and Authorities

Exhibit 5 – Report and CV of Dr. Chan

Defendants' Daubert Motion/Motion in Limine to Exclude Testimony
Pertaining to Positional Asphyxia Resulting From Compression

USDC CV-08-1129-PHX-ROS
Watson v. City of Phoenix, et al
Defendants' Daubert Motion/Motion in Limine to Exclude Testimony Pertaining to Positional
Asphyxia Resulting From Compression

*Theodore C. Chan, MD, FACEP*
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

December 1, 2009

Christina Retts
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue, suite 800
Phoenix, AZ 85012

RE:   Watson v. City of Phoenix

At your request, below is a written summary of my opinions regarding the above named case. My opinions are based on my training, experience and research as a Professor of Clinical Medicine in the Department of Emergency Medicine at the University of California San Diego Medical Center. I have conducted numerous human research studies on the topic of restraint physiology that have been published in peer-reviewed medical journals and presented at national medical meetings and scientific assemblies. I am also a practicing emergency physician, board-certified in the specialty of emergency medicine, and a Fellow of the American College of Emergency Physicians and American Academy of Emergency Medicine.

In formulating my opinions regarding the specific issues of this case, I have relied upon my own scientific and clinical research on restraint physiology, a review of the current medical and scientific literature relevant to this case, and the specific materials you forwarded me regarding the above named case, including the complete City of Phoenix incident police report, in-custody death investigation report, medical records of Doris Watson including those from J.C. Lincoln Hospital, Phoenix Fire Department EMS report, Maricopa County Medical Examiner's autopsy report, and interview and deposition transcripts of Chara Watson-Nance, Officers Buckner, Garcia and Gray, and Kellie Bowers. Except as noted, my opinions and testimony will be to a reasonable degree of medical certainty. If additional pertinent information is revealed and provided to me subsequent to this letter, my opinions may change.

In brief, Doris Watson was a 70 year-old woman with history of coronary artery disease, hypertension, and psychiatric bipolar disorder, who was involved in an altercation and struggle with law enforcement personnel on March 13, 2007. Ms. Watson was reported to be acting in a bizarre manner, refusing to cooperate with law enforcement personnel called to the incident. She became involved in a struggle with Officers Gray, Bucker, and Garcia and was eventually taken to the ground and restrained in the prone position. Ms. Watson was handcuffed with her wrists behind her back and her ankles were restrained. After she was restrained, Ms. Watson became unresponsive and responders noted she was apneic, pulseless and in cardiopulmonary arrest. Resuscitative measures including

1

CHAN000001

76

*Theodore C. Chan, MD, FACEP*
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

cardiopulmonary resuscitation, advanced airway management, and cardiac medications were administered by EMS personnel in the field. Ms. Watson was transported to J.C. Lincoln Hospital Emergency Department where resuscitative measures were continued, but ultimately proved unsuccessful and she was pronounced dead at that time.

On autopsy, the coroner found evidence of significant atherosclerotic cardiovascular disease, cardiomegaly with mild left ventricular hypertrophy, and evidence of blunt force trauma including mild abrasions on the forehead and face, two contusions on the back, as well as abrasions and contusions over the extremities. The pathologic diagnoses by the coroner included: "acute pyschotic episode with confusion, agitation, aggressive behavior, physical exertion and confrontation with others, followed by a brief restraint and sudden cardiac arrest". The Medical Examiner attributed the cause of death to coronary artery disease with "acute psychotic episode with physical exertion and confrontation with others".

It has been alleged that positional or restraint asphyxia may have played a role in Ms. Watson's death. It is my opinion that positional or restraint asphyxia did not cause respiratory compromise that would have resulted in asphyxiation and death in this case. By way of background, positional or restraint asphyxia is a term that was initially used to describe the deaths of individuals who were found in body positions that compromised respiratory function. Most commonly, these cases involved individuals in whom their position led to obstruction of the upper airway (such as from extreme head-neck hyperflexion) and who were alcohol intoxicated (to the point of being unable to remove themselves from the lethal position).[1] In the late 1980s, this term was applied as a cause of death in reports of sudden deaths that occurred to persons who were being restrained while in custody. Proponents of this theory argued that individuals placed in the hobble position (hogtie or prone restraint position in which individuals were placed prone on their stomach with wrists handcuffed behind the back and ankles secured to the handcuffs) were unable to breathe because the position caused chest wall and abdominal restriction that prevented adequate expansion of the lungs and subsequently led to asphyxiation. However, many argued that other factors played a greater role in causing these deaths reported in the medical literature.

There is little scientific evidence to support the notion that prone restraint results in life-threatening respiratory compromise or asphyxiation. The theory of positional asphyxia as applied to custody restraint was largely based on the work of Reay et al, who studied 10 healthy subjects after exercise and found delayed recovery of blood oxygen levels and heart rate in the hobble position.[2] We conducted a more comprehensive study investigating the effects of body position on respiratory function after exertion that was published in the Annals of Emergency Medicine and reviewed in another article published in the American Journal of Forensic Medicine and Pathology.[3,4] In our study involving 15 human volunteers, we studied respiratory function in the sitting, supine (laying on the back), prone (laying on the stomach), and hobble position. While we found a slight progressive decrease in pulmonary function (the amount of air movement in the lungs), these changes were within normal range. Accordingly, we found no

CHAN000002

*Theodore C. Chan, MD, FACEP*
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

evidence of decreased blood oxygen levels or increased carbon dioxide levels (to suggest inadequate ventilation) in the hobble position. These findings have been confirmed by other independent investigators who found no significant decrease in blood oxygen levels in individuals placed in similar restraint positions.[5,6]

As a result of this evidence, Dr. Reay, one of the chief proponents of the positional asphyxia theory with custody restraint, has written that "the hog-tied prone position should be viewed as not producing significant physiologic respiratory compromise, and it does not produce any serious or life-threatening respiratory effects".[7] In Ms. Watson's case, she appeared to be in a less-restrictive prone or semi-prone position at the time of her cardiopulmonary arrest, indicating even less of a risk for so-called positional or restraint asphyxiation. Officers describe Ms. Watson as yelling and screaming during the restraint process, as well as breathing after she was handcuffed in the prone position, indicating that her respiratory status was not compromised to the point of asphyxiation at that time. In addition, carbon dioxide measurements in the field indicate that Ms. Watson was not suffering severe, life-threatening hypoventilation that would indicate risk for positional or restraint asphyxia as a cause of her cardiopulmonary arrest.

During the time of the struggle when Ms. Watson was being restrained, weight force may have been applied to her body by Officers to hold her down. Some have now argued that additional weight force, as might have occurred in this case during the restraint process, causes greater respiratory compromise to an individual that can lead to asphyxiation. However, the time during which law enforcement were struggling with Ms. Watson in the prone position was short and unlikely long enough to lead to death by asphyxiation. In addition, there is little evidence or findings to suggest that Ms. Watson suffered any marked increased in intrathoracic cavity pressure as a result of weight force (unlike victims of traumatic asphyxiation). Furthermore, we have conducted two studies investigating the effect of weight force while restrained on human volunteers. In our initial study, we found no evidence of hypoxia or hypoventilation in human subjects on whom moderate amounts of weight were placed on their back in the prone restraint position.[8] In our subsequent study, we placed up to 225 pounds of weight force on human subjects in the prone restraint position and found no life-threatening abnormalities in ventilation.[9] These results are consistent with other investigators who have conducted similar weight force studies on the prone restraint position and found no evidence of hypoxia to indicate risk for asphyxiation.[10]

In conclusion, it is my opinion that positional or restraint asphyxia did not cause respiratory compromise that led to Ms. Watson's death. In accordance with the Rules of Civil Procedure, my compensation for services rendered in association with this case are $450/hour, including travel time and expenses. Prior cases in which I have provided testimony over the past four years are: Jardine v. City of Tempe, Tempe, Arizona, 2005; Kapanak v. City of Phoenix, Phoenix, Arizona, August 2005; Varela v. Cuny, Mesa, Arizona, September 2005; Loomis v. City of Puyallup, Washington, 2005; Nunez v. County of San Joaquin, 2006; Chavez v. City of Los Angeles, 2006, 2008; Singleton v. Charleston EMS, South Carolina, 2006; Alvarado v. City of Los Angeles, 2006; Pullman

3

CHAN000003

**Theodore C. Chan, MD, FACEP**
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

v. Arnold, Washington State, 2006, 2007; Wiseman v. Connecticut, 2007; Rodriguez v. Laredo Medical Center, 2007; Gates v. North Metro Fire Rescue, 2007; Medina v. City of Los Angeles, 2008; McCullaugh v. Summit County, et al., Ohio, 2009; Marquez v. City of Phoenix, Arizona, 2009.

Should you have any further questions, please do not hesitate to contact me at any time.

Sincerely,

Theodore C. Chan, MD
Professor of Clinical Medicine
Medical Director
Department of Emergency Medicine
University of California San Diego Medical Center

4

**CHAN000004**

79

*Theodore C. Chan, MD, FACEP*
5521 Brettonwood Court
San Diego, CA 92130
tcchan@ucsd.edu

## References

[1] Bell MD, Rao VJ, Wetli CV, et al: Positional asphyxiation in adults: a series of 30 cases from Dade and Broward County Florida medical examiner offices from 1982 to 1990. American Journal of Forensic Medicine and Pathology 1992; 13: 101.

[2] Reay DT, Howard JD, Fligner CL, Ward RJ: Effects of positional restraint on oxygen saturation and heart rate following exercise. American Journal of Forensic Medicine and Pathology 1989; 9: 16.

[3] Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Annals of Emergency Medicine 1997; 30: 578.

[4] Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. American Journal of Forensic Medicine and Pathology 1998; 19(3): 201.

[5] Schmidt P, Snowden T: The effects of positional restraint on heart rate and oxygen saturation. Journal of Emergency Medicine 1999; 17(5): 777.

[6] Parkes J: Sudden death during restraint: a study to measure the effect of restraint positions on the rate of recovery from exercise. Med. Sci. Law 2000; 40(1): 39.

[7] Reay DT: Death in custody. Clinics in Laboratory Medicine 1998; 18(1): 1.

[8] Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004; 25(3):185-189.

[9] Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

[10] Cary NRB, et al: The effect of simulated restraint in the prone position on cardiorespiratory function following exercise in humans. J Physiol 1998;525:30p.

CHAN000005

80

*CURRICULUM VITAE*

## THEODORE CRAIG CHAN, M.D., FACEP, FAAEM

**OFFICE ADDRESS:**

Department of Emergency Medicine
UCSD Medical Center
200 West Arbor Drive
San Diego, CA  92103-8676

Phone:  (619) 543-6463
Fax:     (619) 543-3115
Email:  tcchan@ucsd.edu

**EDUCATION:**

| | |
|---|---|
| Academic:<br>1983-87 | B.A. in History with Highest Distinction in General Scholarship,<br>University of California, Berkeley<br>Berkeley, California |
| Medical School:<br>1988-92 | M.D., University of California, San Francisco School of Medicine<br>San Francisco, California |
| Internship:<br>1992-93 | Department of Internal Medicine<br>University of California, San Francisco Medical Center<br>San Francisco, California |
| Residency:<br>1993-96 | Department of Emergency Medicine<br>University of California, San Diego Medical Center<br>San Diego, California (Chief Resident: 1995-96) |

**LICENSURE:**   California Medical License Number G-78148, 1994

**BOARD CERTIFICATIONS:**

National Board of Medical Examiners, 1993

Diplomate, American Board of Emergency Medicine, 1997; Recertification 2007

CHAN000006

81

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## APPOINTMENTS:

| | |
|---|---|
| 7/06 - Present | Associate Director, Department of Emergency Medicine, University of California, San Diego (UCSD) Medical Center |
| 7/05 - Present | Professor of Clinical Medicine, UCSD School of Medicine |
| 1/05 - Present | Medical Director and Clinical Service Chief, Emergency Department, UCSD-Hillcrest Medical Center |
| 1/05 - Present | Medical Director and Clinical Service Chief, Emergency Department, UCSD-Thornton Hospital |
| 4/99 - Present | Director, Custody Services, UCSD Medical Center |
| 12/98 - Present | Medical Director, Metropolitan Medical Strike Team, County of San Diego |
| 7/94 - Present | Base Hospital Physician, UCSD Medical Center |

## PREVIOUS EXPERIENCE:

| | |
|---|---|
| 7/96 – 7/06 | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/01 – 6/05 | Quality Assurance Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/01 – 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/01 – 12/04 | Associate Medical Director, Emergency Department, UCSD-Hillcrest Medical Center and UCSD-Thornton Hospital |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 1994 - 1996 | Physician, Department of Emergency Medicine, Kaiser Permanente Medical Center, San Diego, California |
| 1994 - 1996 | Medical Consultant, Med America Health Resource, San Diego, California |
| 1/96 - 6/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service, UCSD Medical Center |
| 1987 - 1988 | Fellow, California State Senate, Senate Committee on Insurance, Claims and Corporations, Sacramento, California |
| 1986 | Intern, Office of the Assistant Surgeon General, Washington, D.C. |

CHAN000007

82

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## CERTIFICATIONS:

Advanced Cardiac Life Support Provider, 1992-96

Advanced Cardiac Life Support Instructor, 1996

Pediatric Advanced Life Support (PALS) Provider, 1993

PALS Course Director for UCSD School of Medicine, 1996

Advanced Trauma Life Support Provider, 1993

HAZMAT Level I Training, 1996

## AWARDS:

| | |
|---|---|
| 1984 | Frank Kraft Award Scholarship, University of California, Berkeley |
| 1986 | Gordon Sproul Award Recipient, University of California, Berkeley |
| 1987 | Phi Beta Kappa, University of California, Berkeley |
| 1987 | University Medal Finalist, University of California, Berkeley |
| 1988 | California Senate Resolution of Commendation, Awarded by the Senate Rules Committee, August 22, 1988, Sacramento, California |
| 1996 | Outstanding Resident of the Year, Department of Emergency Medicine, University of California, San Diego Medical Center |
| 1996 | Resident Academic Achievement Award, Emergency Medicine Council of Residency Directors |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Consultant for 1999-2000, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards, acknowledging dedicated effort to improve the quality of research published in the field of Emergency Medicine, and to the success of the journal |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2001 | Top Consultant for 2000-2001, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| 2002 | Top Consultant for 2001-2002, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |

- 3 -

**CHAN000008**

83

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## AWARDS (cont.):

| | |
|---|---|
| 2003 | Top Consultant for 2002-2003, presented by the *Annals of Emergency Medicine* Editorial and Consulting Boards |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2005 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | 2005 Top Doctors, San Diego County Medical Society |
| 2005 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2006 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2006 | 2006 Top Doctors, San Diego County Medical Society |
| 2007 | Senior Reviewer, *Annals of Emergency Medicine* |
| 2007 | 2007 Top Doctors, San Diego County Medical Society |

## PROFESSIONAL SOCIETY MEMBERSHIPS:

American Medical Association, 1990

California Alumni Association, 1990

American College of Emergency Physicians, 1992

Society for Academic Emergency Medicine, 1996

Fellow, American College of Emergency Physicians, 1999

Fellow, American Academy of Emergency Medicine, 2005

CHAN000009

84

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## CURRENT ACTIVITIES:

Physician Member, Disaster Medical Assistance Team (DMAT), San Diego, CA (CA-4), 1994

Reviewer, *Journal of Emergency Medicine*, Elsevier Science, Inc., 1994

Editor, Cardiology Section, *Journal of Emergency Medicine*, Elsevier Science, Inc., 1997

Point of Care Advisory Committee, UCSD Medical Center, 2000

Member, Editorial Board, *Emergency Medicine News*, Lippincott Williams & Wilkins, 2001

Member, Health and Human Services Committee, San Diego Foundation, May 2001

Member, Editorial Board, *Emergency Medicine Specialty Reports*, publication of American Health Care Consultants, Atlanta, Georgia, 2001

Chair, San Diego Foundation Disaster Board, 2002

Peer Reviewer, *Emergency Medicine Reports*, publication of American Health Care Consultants, Atlanta, Georgia, 2002

Member, Community Acquired Pneumonia Multidisciplinary Team, JCAHO Oryx Core Measurements, UCSD Medical Center, 2002

Member, Acute Myocardial Infarction Multidisciplinary Team, JCAHO Oryx Core Measurements, UCSD Medical Center, 2002

UCSD/San Diego Sheriff Security Working Group, 2003

Member, UCSD campus-wide Committee on Affirmative Action and Diversity, 2003

Editor, *Clinical Briefs in Emergency Medicine*, publication of American Health Consultants, Atlanta, Georgia, 2003

Vice Chair, UCSD Committee on Affirmative Action and Diversity, 2005

UCSD Representative, University Committee on Affirmative Action and Diversity, 2005

Chair, Communications Subcommittee, Inpatient Task Force, UCSD Medical Center, 2005

Member, UCSD Faculty Rights and Welfare Committee, 2006

Chair, UCSD University Committee on Affirmative Action and Diversity, 2006

Member, UC University Committee on Affirmative Action and Diversity, 2006

Member, UCSD Academic Senate Council, 2006

Member, UCSD Senate-Administration Council, 2006

Member, US National Institute of Justice Less Lethal Technical Working Group, 2006

Member, Governor's Interagency Coordinating Council for the Prevention of Alcohol and Other Drug Problems - California Screening, Brief Intervention, and Referral to Treatment (CASBIRT) Subcommittee, 2007

Member, UCSD Inpatient Redesign Task Force, UCSD Medical Center, 2007

CHAN000010

85

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PREVIOUS ACTIVITIES:

Seminar Coordinator, Health Policy Seminars, Interdepartmental Studies 130, University of California, Berkeley, 1985-87

Research Intern, International Debt Crisis Project, Institute of International Studies, Geneva, Switzerland, 1989

Student Representative, Legislation Committee, California Medical Association, 1989-90

Instructor, Science and Health Education Partnership Program, University of California, San Francisco School of Medicine, San Francisco Unified Public School District, 1989-91

Clinical Scholars Training, Peking Union Medical College, Beijing, China, 1992

Representative, Clinical Practice Guidelines Committee, Department of Emergency Medicine, UCSD Medical Center, 1994-96

Representative, Quality Assurance Committee, Department of Emergency Medicine, UCSD Medical Center, 1994-96

Representative, California Emergency Medicine Residents Association, 1995-96

Associate Editor, *Journal of Emergency Medicine*, Pergamon Press, 1996

Strike Team Leader, Disaster Medical Assistance Team, 1996
    Biological and Chemical Hazardous Materials Medical Support
    FBI/SWAT Team Medical Support
    1996 Atlanta Olympic Games

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Member, Managed Care Task Force, Society for Academic Emergency Medicine, 1997-98

Member, Steering Committee, CHIPS (Community Health Improvement Partners), Health Care Association of San Diego and Imperial Counties, 1997-2002

Project Co-coordinator, Influenza immunization program for New Americans in the Mid-City and City Heights communities, in conjunction with San Diego City Fire and Life Safety Services and Project Concern International, Fall 1998

Project Co-coordinator, 911 Educational Outreach Program for New Americans in the Mid-City and City Heights communities, in conjunction with San Diego City Fire and Life Safety Services and Project Concern International, Fall 1998

Member, Pharmacy and Therapeutics Committee, UCSD Medical Center, 1998-99

Reviewer, *American Journal of Managed Care*, American Publishing Company, 1998-2001

Faculty Search Committee, Department of Emergency Medicine, UCSD Medical Center, 1999, 2001

- 6 -

CHAN000011

86

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

<u>PREVIOUS ACTIVITIES, continued</u>:

Faculty, Twenty-first Annual Mammoth Mountain Emergency Medicine Conference, Mammoth Lakes, California, March 2001

Faculty, Third Annual ACEP Emergency Medicine Connection, San Diego, California, March 2001

Associate Editor, *Emergency Medicine Alert*, publication of American Health Care Consultants, Atlanta, Georgia, 2000-2005

Director, Emergency Department Clinical Resource Management, UCSD Medical Center, 1996

Co-Director, Pediatric Advanced Life Support Course, UCSD School of Medicine, 1997

Member, Research Subcommittee, Prehospital Audit Committee, San Diego County, 1997

Member, CPR Subcommittee, Prehospital Audit Committee, San Diego County, 1997

Member, Outpatient Clinical Guidelines Committee, UCSD Medical Center, 1998

Member, San Diego City EMS Oversight Committee, 1998

Member, San Diego City EMS Prehospital Cardiac Care Subcommittee, 1998

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998

Reviewer, *Annals of Emergency Medicine*, Mosby, 1999

Director, Continuing Quality Assurance Programs, UCSD Emergency Department, 1999

Emergency Department Quality Improvement Representative, Patient Care Review Committee, UCSD Medical Center, 2000

Member, Bioterrorism Communication Collaborative, Department of Health and Human Services Agency, County of San Diego, 2001

Member, School of Medicine Graduate Medical Education Committee, 2001
Institute of Medicine, Committee on Research Priorities in Emergency Preparedness and Response for Public Health Systems, 2007.

Member, UCSD Department of Radiology Faculty Search Committee, 2007-2008

Member, CDC coordinating Office for Terrorism Preparedness and Emergency Response (CDC COPTER), Special Emphasis Panel for P01 RFA TP-08-001 (Preparedness and Emergency Response Research Centers: A Public Health Systems Approach, July 2008

CHAN000012

87

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## RESEARCH GRANT FUNDING:

1.  Co-Principal Investigator with Dr. Tom Neuman, for study entitled, "Restraint Position and Positional Asphyxia." Study funded by the County of San Diego, Grant #94-1974R, 1995. Amount: $33,900.

2.  Principal Recipient, unrestricted grant from Cook, Incorporated for Research and Education on the Melcker Cricothyrotomy Kit, 1997-98. Amount: $10,000.

3.  Co-Principal Investigator for study entitled, "Comparison of Respiratory Function in the Prone Maximal Restraint With and Without Additional Weight Force on the Back." American Academy of Forensic Sciences, with Doctors John Eisele, Jack Clausen, Tom Neuman and Gary Vilke, 1999-2000. Amount: $3,000.

4.  Principal Investigator for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. 2001-02. Amount: $128,176.

5.  Co-Principal Investigator for study entitled, "Improving Access, Awareness and Use of the California Regional Poison Center in Two Ethnically Diverse Communities in San Diego." UCSD Civic Collaborative, with Dr. Richard F. Clark, 2001-02. Amount: $5,000.

6.  Co-Principal Investigator for study to design and assess the impact of a community outreach program to improve awareness and use of the California Poison Control System by Latino and other underserved communities in San Diego. Part of a Community Outreach Partnership Centers Program New Directions Grant from the federal Office of Housing and Urban Development, with Dr. Richard Clark and Dr. Vivian Reznik (UCSD Pediatrics Department), 2002-04. Amount: $4,000.

7.  Principal Recipient, unrestricted grant from Cook, Incorporated for Research and Education on the Cuffed Melcker Cricothyrotomy Kit, 2003. Amount: $12,000.

8.  Principal Investigator & Project Director, for project on Emergency Department Crowding & Safety Net Assessment, funded by the Urgent Matters Program, Robert Wood Johnson Foundation, grant # 048545. Amount: $150,000 total ($100,000 technical assistance; $25,000 UCSD project direction, $25,000 safety net assessment).

9.  Co-Investigator and now co-Principal Investigator (with Drs. Les Lenert and Prof. William Griswold) for study entitled Wireless Internet Information System for Medical Response to Disasters (WIISARD), funded by the National Library of Medicine. 2003-2008. Amount: $3,200,000.

10. Co-Principal Investigator, with Dr. Daniel Davis, for study entitled Emergency Department National Alcohol Screening Day, Alcohol Education Project, funded by NIH, grant #1 R03 AA015120-01. 2005. Amount: $25,000.

- 8 -

CHAN000013

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## RESEARCH GRANT FUNDING (cont.):

11.  Co-Principal Investigator, with Dr. Gary Vilke, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 2005-7. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.49

12.  Principal Investigator, for study entitled, "Improving Medical Home and Primary Care Access to the Community Clinics Through the ED (IMPACT-ED)." Study funded by the Alliance Healthcare Foundation, 2006-7. Alliance Grant #06-3114. Amount: $25,000.

13.  Principal Investigator, for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Study funded by the Institute for the Prevention of In-Custody Deaths, Inc., 1/1/07 to 12/31/07. Amount: $11,658.00

14.  Co-Principal Investigator, with Jean Marshall, RN, for study entitled, "Impact of the State Mandated Nurse-Patient Ratio on ED Crowding, Flow and Patient Care". EMF/ENAF (Emergency Medicine Foundation / Emergency Nurses Association Foundation) Directed Team Grant, ED Overcrowding Research Award, 2007-08. Amount: $50,000.

15.  Co-Principal Investigator, with Dr. Joshua Lee, for project entitled, "San Diego Safety Net Health Information Exchange." Project funded by Pacificare/United Healthcare, 2008-2011. Amount: $715,000.

CHAN000014

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PUBLICATIONS:

### Articles

1. Chan TC, Williams SR, Clark RF: Formic acid burns resulting in systemic toxicity.
   Ann Emerg Med 1995;26(3):383-386.

2. Chan T, Vilke GM, Williams S: Bidirectional tachycardia associated with digoxin toxicity.
   J Emerg Med 1995;13(1):89.

3. Bauman BH, Vilke G, Chan T: Dexamethasone use in croup. West J Med 1996;164(1):66.

4. Chan TC, Krishel SJ, Bramwell KJ, Clark RF: Survey of illegal immigrants seen in an
   emergency department. West J Med 1996;164(3):212-216.

5. Chan T, Dunford J: Severe tophaceous gout. J Emerg Med 1996;14(2):223.

6. Chan TC, Hayden S: Early retropharyngeal abscess formation after treatment of scarlet
   fever. J Emerg Med 1996;14(3):377.

7. Chan TC: Supracondylar fracture. J Emerg Med 1997;15(1):99.

8. Chan TC, Evans SD, Clark RF: Drug-induced hyperthermia. Crit Care Clinics North Am
   1997;13(4):785-808.

9. Chan TC, Hayden SR, Schwartz B, Fletcher T, Clark RF: Patients' satisfaction when denied
   authorization for emergency department care by their managed care plan. J Emerg Med
   1997;15(5):611-616.

10. Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia.
    Ann Emerg Med 1997;30(5):578-586.

11. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM: Outcome study of prehospital
    patients signed out against medical advice by field paramedics. Ann Emerg Med 1998;
    31(2):247-250.

12. Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional
    asphyxia. Am J Forensic Med Pathol 1998;19(3):201-205.

13. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J:
    Positional asphyxia (Reply to letter to the editor). Ann Emerg Med 1998;32(1):117-118.

14. Vilke GM, Mahoney G, Chan TC: Postpartum coronary artery dissection. Ann Emerg Med
    1998;32(2):260-262.

15. Ma G, Chan TC: Atlantoaxial dislocation. J Emerg Med 1999;17(1):113-114.

CHAN000015

90

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Articles

16.  Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency
     department airway management before and after an emergency medicine residency.  J Emerg
     Med 1999;17(3):427-431.

17.  Brady WJ, Chan TC:  Electrocardiographic manifestations: Benign early repolarization.
     J Emerg Med 1999;17(3):473-478.

18.  Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P:  Permanent cardiac
     pacemakers: Issues relevant to the emergency physician, Part I.  J Emerg Med 1999;17(3):
     479-489.

19.  Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P:  Permanent cardiac
     pacemakers: Issues relevant to the emergency physician, Part II.  J Emerg Med 1999;17(4):
     697-709.

20.  Vilke GM, Buchanan J, Dunford JV, Chan TC:  Are heroin overdose deaths related to patient
     release after prehospital treatment with naloxone?  Prehosp Emerg Care 1999;3(3):183-186.

21.  Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation
     in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

22.  Chan TC, Brady WJ, Pollack M:  Electrocardiographic manifestations: Acute myoperi-
     carditis.  J Emerg Med 1999;17(5):865-872.

23.  Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF:  Metabolic acidosis in restraint-
     associated cardiac arrest (Letter to the editor).  Acad Emerg Med 1999;6(10):1075-1076.

24.  Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P:  Comparison of wire-
     guided cricothyrotomy versus standard surgical cricothyrotomy technique.  J Emerg Med
     1999;17(6):957-962.

25.  Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T:  Restraint position
     and positional asphyxia (Reply to letter to the editor).  Am J Forensic Med Pathol 2000;
     21(1):93.

26.  Brady WJ, Chan TC, Pollack M:  Electrocardiographic manifestations: Patterns that confound
     the EKG diagnosis of acute myocardial infarction - Left bundle branch block, ventricular
     paced rhythm, and left ventricular hypertrophy.  J Emerg Med 2000;18(1):71-78.

27.  Torbati SS, Chan TC:  Classic helical CT scan findings of acute appendicitis.  J Emerg Med
     2000;18(1):101.

- 11 -

CHAN000016

91

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Articles

28. Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2):159-163.

29. Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

30. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

31. Chan TC: Diagnostic imaging for appendicitis. Emergency Medicine Alert 2000;7(2):12-15.

32. Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

33. Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

34. Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

35. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

36. Pollack ML, Chan TC, Brady WJ: Electrocardiographic manifestations: Aberrant ventricular conduction. J Emerg Med 2000;19(4):363-367.

37. Ma G, Brady WJ, Pollack M, Chan TC: Electrocardiographic manifestations: Digitalis toxicity. J Emerg Med 2001;20(2):145-152.

38. Vilke GM, Chan TC: Physician effect on out of hospital patients signing out against medical advice. Pre-hospital Immediate Care 2001;5(1):38-40.

39. Brady WJ, Perron AD, Chan T: Electrocardiographic ST-segment elevation: Correct identification of acute myocardial infarction (AMI) and non-AMI syndromes by emergency physicians. Acad Emerg Med 2001;8(4):349-360.

40. Brady WJ, Erling B, Pollack M, Chan TC: Electrocardiographic manifestations: Acute posterior wall myocardial infarction. J Emerg Med 2001;20(4):391-401.

CHAN000017

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


PUBLICATIONS, continued:

Articles

41. Brady WJ, Aufderheide TP, Chan T, Perron AD:  Electrocardiographic diagnosis of acute myocardial infarction.  Emerg Med Clin North Am 2001;19(2):295-320.

42. Patel RJ, Vilke GM, Chan TC:  The prehospital electrocardiogram.  J Emerg Med 2001; 21(1):35-39.

43. Harrigan R, Brady W, Chan T:  Cases in Electrocardiography - The Symptoms: Lethargy and tachycardia following antidepressant ingestion.  The Diagnosis: Tricyclic antidepressant overdose.  Emergency Medicine News 2001;XXIII(6):30,32.

44. Chan TC:  What's new in antibiotic therapy for acute otitis media.  Emergency Medicine Alert 2001;8(2):12-15.

45. Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV:  Outcome study of minors after parental refusal of paramedic transport.  Prehosp Emerg Care 2001;5(3):278-283.

46. Vilke GM, Marino A, Fisher R, Chan TC:  Estimation of pediatric patient weight by EMT-Ps.  J Emerg Med 2001;21(2):125-128.

47. Ho C, Coimbra R, Hoyt DB, Chan TC:  Severe traumatic brain injury from unmotorized scooter.  J Emerg Med 2001;21(2):133-136.

48. Chan T, Harrigan R, Brady W:  Cases in Electrocardiography - The Symptoms: HIV-positive, hypertensive, unresponsive.  The Diagnosis: Verapamil-ritonavir drug interaction.  Emergency Medicine News 2001;XXIII(9):22,25.

49. Chan TC, Vilke GM, Pollack M, Brady WJ:  Electrocardiographic manifestations: Pulmonary embolism.  J Emerg Med 2001;21(3):263-270.

50. Ullman E, Brady WJ, Perron AD, Chan T, Mattu A:  Electrocardiographic manifestations of pulmonary embolism.  Am J Emerg Med 2001;19(6):514-519.

51. Brady WJ, Harrigan R, Chan T:  Cases in Electrocardiography - The Symptoms: Chest pain with ST segment elevation in a cocaine user.  The Diagnosis: Benign early repolarization.  Emergency Medicine News 2001;XXIII(12):24,30,36.

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Pepper spray's effects on a suspect's ability to breathe.  Research in Brief (NCJ 188069), December 2001.  Washington, DC: United States Department of Justice, National Institute of Justice.

53. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  J Emerg Med 2002;22(1):71-74.

CHAN000018

93

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Articles

54. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function. J Forensic Sci 2002; 47(2):299-304.

55. Fijewski TR, Pollack ML, Chan TC, Brady WJ: Electrocardiographic manifestations: Right ventricular infarction. J Emerg Med 2002;22(2):189-194.

56. Harrigan R, Chan T, Brady W: Cases in Electrocardiography - The Symptoms: Dyspnea and chest pain. The Diagnosis: Pulmonary embolism. Emergency Medicine News 2002; XXIV(3):8,12.

57. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC: Midazolam for the treatment of out-of-hospital pediatric seizures. Prehosp Emerg Care 2002;6(2):215-217.

58. Vilke GM, Chan TC: Agitated delirium and sudden death (Letter to the editor). Prehosp Emerg Care 2002;6(2):259-260.

59. Martinez-Lopez JI / Brady WJ, Ma G, Pollack M, Chan TC: Electrocardiographic manifestations: Digitalis toxicity (Reply to letter to the editor). J Emerg Med 2002;22(3):299-300.

60. Vilke GM, Fisher R, Chan TC: An evaluation of the risk for latex allergy in prehospital EMS providers. J Emerg Med 2002;22(4):345-348.

61. Chan TC: Post-exposure prophylaxis for needlesticks and other occupational exposures. Emergency Medicine Alert 2002;9(2):12-15.

62. Chan T, Brady W, Harrigan R: Cases in Electrocardiography - The Symptoms: Acute onset shortness of breath, nausea and atrial fibrillation. The Diagnosis: Digoxin toxicity. Emergency Medicine News 2002;XXIV(6):28,30.

63. Brady W, Harrigan R, Chan T: Cases in Electrocardiography - The Symptoms: Chest pain, diaphoresis, dyspnea, nausea. The Diagnosis: Acute posterior wall myocardial infarction. Emergency Medicine News 2002;XXIV(9):18,20-22.

64. Chew GS, Vilke GM, Davis DP, Chan TC: Toomey™ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation. J Emerg Med 2002;23(4): 337-340.

65. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Symptoms: Extreme dyspnea and chest pain. Diagnosis: Pericardial tamponade. Emergency Medicine News 2002;XXIV (12):25-27.

CHAN000019

94

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


PUBLICATIONS, continued:

Articles

66. Clark RF, Phillips M, Manoguerra AS, Chan TC: Evaluating the utilization of a regional poison center by Latino Communities. Clin Toxicol 2002; 40(7):855-860.

67. Pollack ML, Brady WJ, Chan TC: Electrocardiographic manifestations: Narrow QRS complex tachycardias. J Emerg Med 2003; 24(1):35-43.

68. Chan T, Brady W, Harrigan R: Cases in Electrocardiography – Diagnosis: Hyperkalemia. Diagnosis: Hyperkalemia. Emergency Medicine News 2003;XXV(1):8-9.

69. Nelson JA, Knowlton KU, Harrigan R, Pollack ML, Chan TC: Electrocardiographic manifestations: wide complex tachycardia due to accessory pathway. J Emerg Med 2003; 24(3):295-301.

70. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC: Safety and effectiveness of methohexital for procedural sedation in the emergency department. J Emerg Med 2003; 24(3):315-18.

71. Brady W, Harrigan R, Chan T: Cases in Electrocardiography – Symptoms: A wide complex tachycardia. Emergency Medicine News 2003;XXV (6):22-27.

72. Harrigan RA, Pollack ML, Chan TC: Electrocardiographic manifestations: Bundle branch blocks and fascicular blocks. J Emerg Med 2003; 25(1):67-77.

73. Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV: Impact of an after-hours on-call emergency physician on ambulance transports from a county jail. Prehosp Emerg Care 2003; 7(3):327-331.

74. Vilke GM, Chan TC, Neuman T: Patient Restraint in EMS. Prehosp Emerg Care 2003; 7(3):417.

75. Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM: The use of etomidate for prehospital rapid-sequence intubation. Prehosp Emerg Care 2003; 7(3):380-83.

76. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport. Acad Emerg Med 2003; 10(8):893-896.

77. Harrigan R, Chan T, Brady W: Cases in Electrocardiography – Symptoms: Chest Pain and Palpitations. Emergency Medicine News 2003;XXV (9):25, 28.

78. Hudson KB, Brady WJ, Chan TC, Pollack M, Harrigan RA: Electrocardiographic manifestations: Ventricular Tachycardia. J Emerg Med 2003; 25(3):303-314.

CHAN000020

95

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


PUBLICATIONS, continued:

Articles

79.  Brady WJ, Harrigan RA, Chan TC:  Middle-aged man with chest pain after exercise.
     Consultant 2003; 43(13):1540-1545.

80.  Chan T, Brady W, Harrigan R:  Cases in Electrocardiography – Symptoms:  Weakness and
     muscle cramps.  Emergency Medicine News 2003;XXV (12):24,26.

81.  Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium
     bicarbonate use for cyclic antidepressant overdose.  Emerg Med  J 2003; 20:483-486.

82.  Patel RJ, Chan TC:  Images in emergency medicine.  Ann Emerg Med 2003; 43(2):291,295.

83.  Austin T, Davis J, Chan TC:  Sialolithiasis of submandibular gland.  J Emerg Med 2004;
     26(2):221-223.

84.  Harrigan RA, Brady WJ, Chan TC:  Chest pain and dyspnea in an immobilized man.
     Consultant 2004; 44(2):197-200.

85.  Vilke GM, Smith AM, Chan TC:  Leaving against medical advice after out-of-hospital
     naloxone: a closer look is needed.  Acad Emerg Med 2004; 11(3):323-324.

86.  Vilke GM, Harrigan RA, Ufberg JW, Chan TC:  Emergency evaluation and treatment of
     priapism. J Emerg Med 2004; 26(3):325-329.

87.  Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM:  The clinical
     presentation and impact of diagnostic delays on emergency department patients with spinal
     epidural abscess. J Emerg Med 2004; 26(3):285-291.

88.  Chan T, Brady W, Harrigan R:  Cases in Electrocardiography – Symptoms:  Sinus
     Bradycardia with ST Segment Elevation.  Emergency Medicine News 2004;XXVI
     (3):46,48,50,52.

89.  Rotondo N, Pollack ML, Chan TC, Brady WJ, Harrigan RA:  Electrocardiographic
     manifestations:  acute inferior wall myocardial infarction.  J Emerg Med 2004; 26(4):433-440.

90.  Chan TC, Ufberg J, Harrigan RA, Vilke GM:  Nasal foreign body removal.  J Emerg Med
     2004; 26(4):441-445.

91.  Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction
     in children aged less than 5 years: the prehospital experience.  Prehosp Emerg Care 2004;
     8(2):196-199.

92.  Chan TC, Brady WJ, Harrigan RA:  Sudden onset of palpitations and light-headedness in a
     young woman. Consultant 2004; 44(4):613-616.

CHAN000021

96

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


<u>PUBLICATIONS, continued</u>:

<u>Articles</u>

93.  Chan TC:  Radiologic hazards and acute radiation exposure.  Emergency Medicine Alert 2004; 11(2):13-15.

94.  Harrigan R, Chan TC, Brady W:  Cases in Electrocardiography – Symptoms:  Chest pain with ECG changes.  Emergency Medicine News 2004;XXVI (6):12,18,20.

95.  Vilke GM, Jin A, Davis DP, Chan TC:  Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia.  J Emerg Med 2004; 27(1): 7-9.

96.  Diercks DB, Shumaik GM, Harrigan RA, Brady WJ, Chan TC:  Electrocardiographic manifestations:  electrolyte abnormalities.  J Emerg Med 2004; 27(2):153-160.

97.  Brady WJ, Harrigan RA, Chan TC:  Man with persistent chest pain and ST-segment depression.  Consultant 2004; 44(8):1153-1159.

98.  Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM:  Weight force during prone restraint and respiratory function.  Am J Forensic Med Pathol 2004; 25(3):185-189.

99.  Harrigan RA, Brady WJ, Chan TC:  Nausea and weakness in a woman with multiple diseases.  Consultant 2004; 44(9):1234-1238.

99.  Ufberg JW, Vilke GM, Chan TC, Harrigan RA:  Anterior shoulder dislocations: Beyond traction-countertraction.  J Emerg Med 2004; 27(3):301-306.

100.  Chan TC, Brady W, Harrigan R:  Cases in Electrocardiography – Symptoms:  Elderly woman with chest 'muscle tighness.'  Diagnosis: acute myopericarditis.  Emergency Medicine News 2004;XXVI (6):48,54,56.

101.  Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC:  Community trial to decrease ambulance diversion hours:  the San Diego County patient destination trial.  Ann Emerg Med 2004; 44(4):295-303.

102.  Mancuso EM, Brady WJ, Harrigan RA, Pollack M, Chan TC:  Electrocardiographic manifestations:  Long QT syndrome.  J Emerg Med 2004; 27(4):385-393.

103.  Chan TC, Killeen J, Griswold W, Lenert L:  Information technology and emergency medical care during disasters.  Acad Emerg Med 2004; 11(11):1229-1236.

104.  Chan TC, Brady WJ, Harrigan RA.  Chest "tightness" in elderly woman.  Consultant 2004; 44(14):1792-1796.

105.  Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC.  Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field.  Pediatr Emerg Care. 2005; 21(1):1-5.

- 17 -

CHAN000022

97

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Articles

106. Brady WJ, Harrigan RA, Chan TC:  Woman with persistent ECG abnormalities after chest
     pain resolves.  Consultant 2005; 45(1):46-50.

107. Harrigan RA, Brady WJ, Chan TC:  Near-syncope in an elderly woman.  Consultant 2005;
     45(2):177-182.

108. Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-
     Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular
     fibrillation in a large, urban emergency medical services system.  Resuscitation 2005;
     64(3):341-6.

109. Harrigan R, Chan T, Brady W:  Cases in Electrocardiography – ST Segment Elevation:
     Putting the Vital in Vital Signs.  Emergency Medicine News 2005;XXVII (3):12,14,16.

110. Chan TC, Harrigan RA, Brady WJ:  Weakness and dyspnea in a young man.  Consultant 2005;
     45(6):696-699.

111. Harrigan R, Chan T, Brady W:  Cases in Electrocardiography – Young man collapses after
     police arrest.  Emergency Medicine News 2005;XXVII (6):8,12,14.

112. Chan TC, Richardson W:  Periumbilical pain in a young woman.  J Emerg Med 2005;
     29(2):213-241.

113. Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of
     anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J
     Emerg Med. 2005;23(4):439-442.

114. Brady W, Harrigan R, Chan T:  Cases in Electrocardiography – The Chest Pain Patient with
     Prominent T Waves.  Emergency Medicine News 2005;XXVII (9):8,10,11.

115. Brady WJ, Harrigan RA, Chan T:  Syncope in a woman with a history of myocardial infarction.
     Consultant 2005; 45(10):1155-1162.

116. Harrigan RA, Brady WJ, Chan T:  Chest pain in a woman with recent coronary stent.
     Consultant 2005; 45(12):1267-1270.

117. Chan TC, Killeen JP, Kelly D, Guss DA:  Impact of Rapid Entry and Accelerated Care at
     Triage on Reducing Emergency Department Patient Wait Times, Lengths of Stay, and Rate of
     Left Without Being Seen.  Ann Emerg Med 2005; 46(6):491-497.

118. Brady WJ, Harrigan RA, Chan T:  Hypotension in a man with acute MI.  Consultant 2006;
     46(1):65-70.

- 18 -

CHAN000023

98

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Articles

119. Harrigan RA, Brady WJ, Chan T:  Chest pain and palpitations in a young woman.  Consultant 2006; 46(2):193-196.

120. Chan T, Brady W, Harrigan R:  Young woman with sudden onset of palpitations and lightheadedness.  Emergency Medicine News 2006;XXVIII (3):49-51.

121. Chan T, Harrigan R, Brady W:  Weakness and nausea in an elderly woman.  Consultant 2006; 46(4):447-452.

122. Brady WJ, Harrigan RA, Chan T:  Chestpain, ST segment elevation with remote MI.  Emergency Medicine News 2006;XXVIII(6):30,38.

123. Welch SJ, Slovis C, Jensen K, Chan T, Davidson SJ:  Time for a rigorous performance improvement for emergency medicine residents.  Acad Emerg Med 2006; 13(7):783-786.

124. Brady WJ, Harrigan RA, Chan T:  Bradycardia in a man with acute chest pain.  Consultant 2006; 46(8):894-900.

125. Chan T, Brady WJ, Harrigan RA:  Elderly man with shoulder pain following fall.  Consultant 2006; 46(9):1173-1175.

126. Goldstein EH, Hradecky G, Vilke GM, Chan TC:  Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system.  J Correctional Health Care 2006; 12(3):181-188.

127. Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP. Impact of the San Diego Serial Inebriate Program (SIP) on the use of emergency medical resources. Ann Emerg Med 2006; 47(4): 328-36.

128. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC:  Impact of the San Diego County firestorm on Emergency Medical Services.  Prehosp Dis Med 2006;21(5):353-358.

129. Chappel S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW:  Peripheral venous cutdown.  J Emerg Med 2006;31(4):411-416.

130. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM.  Adult foreign body airway obstruction in the prehospital setting.  Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

131. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW:  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  J Forensic Sci 2007;52(1):171-175.

- 19 -

**CHAN000024**

99

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Articles

132. Chan T, Brady W, Harrigan R: 86-Year-Old woman not feeling well. Emergency Medicine News 2007;XXIX(1):8,11.

133. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW: Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

134. Brady WJ, Harrigan RA, Chan TC: A tale of two "pulseless electrical activity" cardiac arrest rhythms. Consultant 2007; 47(1):65-70.

135. Chan T, Brady W, Harrigan R: The adult chest pain patient with a nondiagnostic ECG. Emergency Medicine News 2007; XXIX(3):14,20,22.

136. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR: The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model. J Emerg Med 2007;32(4):405-407.

137. Chan T, Harrigan RA, Brady WJ: Weakness in a young woman. Consultant 2007;47(5):477-480.

138. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM: Cardiac monitoring of human subjects exposed to the Taser. J Emerg Med 2007; 33(2):113-117.

139. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM: Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med 2007; 33(2):119-122.

140. Khalegi M, Loh A, Vromin D, Chan TC, Vilke GM: The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med 2007; 33(2):155-159.

141. Chan T, Brady W, Harrigan R: Cases in electrocardiography. Two-day-old infant not feeding well. Emergency Medicine News 2007; XXIX(9):6,10.

142. Harrigan RA, Brady WJ, Chan T: Deciphering an irregularly irregular rhythm. Consultant 2007;47(10):905, 909-912.

143. Vilke GM, Chan TC: Less lethal technology: medical issues. Policing 2007;30(3):341-357.

144. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC: Physiological effects of a conducted electrical weapon on human subjects. Ann Emerg Med 2007;50(5):569-575.

145. Chan T, Harrigan RA, Brady WJ: Middle-aged man with light-headedness, nausea, and palpitations. Consultant 2007;47(13):1141-1148.

CHAN000025

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


PUBLICATIONS, continued:

Articles

146. The Academic ED SBIRT Research Collaborative (Chan TC, member):  An evidence-based
     alcohol screen, brief intervention and referral to treatment (SBIRT) curriculum for emergency
     department (ED) providers improves skills and utilization.  SUBA 2007;28(4):79-92.

147. Academic ED SBIRT Research Collaborative (Chan TC, member):  The impact of screening,
     brief intervention, and referral for treatment on emergency department patients' alcohol use.
     Ann Emerg Med 2007; 50(6):699-710.

148. Guss DA, Chan TC, Killeen JP:  The impact of a pneumatic tube and computerized physician
     order management on lab turnaround time.  Ann Emerg Med 2008; 51(2):181-185.

149. Committee on Research Priorities in Emergency Preparedness and Response for Public Health
     Systems (Chan TC, member):  Research Priorities in Emergency Preparedness and Response
     for Public Health Systems.  Institute of Medicine of the National Academies Report 2008; 1-
     27.

150. Sloane CM, Chan TC, Vilke GM:  Thoracic spine compression fracture after Taser activation.
     J Emerg Med 2008; 34(3):283-285.

151. Chan TC, Harrigan RA, Ufberg J, Vilke GM:  Mandibular reduction.  J Emerg Med 2008;
     34(4):435-440.

152. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM:  Serum tropinin I
     measurement of subjects exposed to the Taser X-26.  J Emerg Med 2008; 35(1):29-32.

153. Brady WJ, Harrigan RA, Chan T:  Wide-complex rhythm in a young woman with renal
     disease.  Consultant 2008; 48(6):547-554.

- 21 -

CHAN000026

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


<u>PUBLICATIONS, continued</u>:

<u>Texts/Books</u>

1.    <u>Atlas of Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
      St. Louis: Mosby, Inc., 2001.

2.    <u>ECG in Emergency Medicine and Acute Care</u>.  Chan TC, Brady WJ, Harrigan RA, Ornato JP,
      Rosen P (Eds.);  Philadelphia:  Elsevier Mosby, 2005.

3.    <u>Sudden Deaths in Custody</u>.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006.


<u>Book Chapters</u>

1.    Chan TC:  Hemorrhagic Shock.  In: <u>The 5 Minute Emergency Medicine Consult</u>.  Rosen P,
      Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams &
      Wilkins, 1999, pp 484-485.

2.    Chan TC:  Malgaigne Fracture.  In: <u>The 5 Minute Emergency Medicine Consult</u>.  Rosen P,
      Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams &
      Wilkins, 1999, pp 668-669.

3.    Chan T:  Pelvic Fracture.  In: <u>The 5 Minute Emergency Medicine Consult</u>.  Rosen P,
      Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams &
      Wilkins, 1999, pp 830-831.

4.    Chan TC:  Paracentesis (Chapter 12: Abdomen).  In: <u>Atlas of Emergency Procedures</u>.
      Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 112-113.

5.    Chan TC:  Anterior Packing (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of Emergency
      Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001,
      pp 190-193.

6.    Chan TC:  Posterior Packing (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of Emergency
      Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001,
      pp 194-197.

7.    Chan TC:  Septal Hematoma Drainage (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of
      Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby,
      Inc., 2001, pp 198-199.

8.    Chan TC:  Auricular Hematoma Drainage (Chapter 9: Ear, Nose, and Throat).  In: <u>Atlas of
      Emergency Procedures</u>.  Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby,
      Inc., 2001, pp 200-201.

CHAN000027

102

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PUBLICATIONS, continued:

### Book Chapters

9.  Chan TC:  Fracture, Pelvic.  In: The 5-Minute Sports Medicine Consult.  Bracker MD (Ed.);
    Philadelphia: Lippincott Williams & Wilkins, 2001, pp 140-141.

10. Chan TC:  Hemorrhagic Shock.  In: Rosen and Barkin's 5-Minute Emergency Medicine
    Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.);
    Philadelphia: Lippincott Williams & Wilkins, 2003, pp 498-99.

11. Chan T:  Malgaigne Fracture.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult
    (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia:
    Lippincott Williams & Wilkins, 2003, pp 660-61.

12. Chan T:  Pelvic Fracture.  In: Rosen and Barkin's 5-Minute Emergency Medicine Consult
    (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia:
    Lippincott Williams & Wilkins, 2003, pp 808-09.

13. Harrigan RA, Chan TC, Brady WJ:  Basic Electrocardiographic Techniques.  In: Clinical
    Procedures in Emergency Medicine (fourth edition).  Roberts JR, Hedges JR (Eds.);
    Philadelphia:  Saunders, 2004, pp 270-82.

14. Chan TC:  Tachydysrhythmias.  In: ECG in Emergency Medicine and Acute Care.  Chan TC,
    Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp
    39-45.

15. Chan TC:  P wave.  In: ECG in Emergency Medicine and Acute Care.  Chan TC, Brady WJ,
    Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 48-52.

16. Chan TC:  PR Interval and Segment.  In: ECG in Emergency Medicine and Acute Care.
    Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby,
    2005, pp 53-55.

17. Chan TC:  U wave.  In: ECG in Emergency Medicine and Acute Care.  Chan TC, Brady WJ,
    Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:  Elsevier Mosby, 2005, pp 72-76.

18. Cardall TY, Chan TC:  Pacemakers: Normal Function.  In: ECG in Emergency Medicine and
    Acute Care.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:
    Elsevier Mosby, 2005, pp 129-135.

19. Cardall TY, Chan TC:  Pacemakers: Abnormal Fuction.  In: ECG in Emergency Medicine
    and Acute Care.  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia:
    Elsevier Mosby, 2005, pp 136-142.

- 23 -

CHAN000028

103

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Book Chapters

20. Chan TC: Myopericarditis. In: ECG in Emergency Medicine and Acute Care. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 199-203.

21. Chan TC: Toxicology Section: Introduction. In: ECG in Emergency Medicine and Acute Care. Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 253-254.

22. Dunford JV, Chan TC: EMS and Public Health. In: Principles of EMS Systems. Brennan JA, Krohmer JR (Eds.); Sudbury: Jones and Bartlett, 2005, pp 269-276.

23. Chan TC: Medical Overview of Sudden In-Custody Deaths. In: Sudden Deaths in Custody. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 9-14.

24. Brady WJ, Harrigan RA, Chan T: Acute Coronary Syndromes. In: Rosen's Emergency Medicine: Concepts and Clinical Practices. Marx JA (Ed.); Philadelphia: Mosby Elsevier, 2006, pp 1154-95.

25. Lowe LG, Chan TC, Bamber DL. Ear, Nose, and Throat Emergencies. In: Emergency Medicine Handbook, Clinical Concepts for Clinical Practice. Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 785-800.

26. Vilke GM, Sloane CM, Chan TC. Accelerated Triage for Medical Evaluations Following CED Activations. In: Critical Issues in Policing Series: Strategies for Resolving Conflict and Minimizing Use of Force. Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

27. Chan T: Pelvic Fracture. In: Rosen and Barkin's 5-Minute Emergency Medicine Consult (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 810-11.

- 24 -

CHAN000029

104

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PUBLICATIONS, continued:

### Abstracts

1.  Chan T, Krishel S, Bramwell K, Clark R:  Survey of undocumented aliens using the emergency department.  Acad Emerg Med 1995;2(5):435.

2.  Chan TC, Williams SR, Clark RF:  Formic acid skin burns resulting in systemic toxicity. Clin Toxicol 1995;33(5):491-492.

3.  Chan T, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  Acad Emerg Med 1996;3(5):496.

4.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

5.  Moss S, Vilke GM, Chan TC, Dunford JV:  Outcome study of out-of-hospital patients signed out against medical advice by field paramedics.  Acad Emerg Med 1997;4(5):413.

6.  Chan TC, Vilke GM, Neuman T, Clausen JL:  Does the hobble restraint position result in respiratory compromise?  Acad Emerg Med 1997;4(5):459.

7.  Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating blood loss.  Acad Emerg Med 1997;4(5):459.

8.  Neuman TS, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated with position.  Undersea & Hyperbaric Med 1997;24(Suppl):13.

9.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM:  Successful out-of-hospital airway management by emergency medicine technician-Is using the Combitube.  Acad Emerg Med 1998;5(5):388.

10. Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation.  Acad Emerg Med 1998;5(5):397.

11. Vilke GM, Chan TC, Neuman T, Clausen JL:  The effect of body position on pulmonary function.  Acad Emerg Med 1998;5(5):397.

12. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  Acad Emerg Med 1998;5(5):444.

13. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM:  Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device.  Acad Emerg Med 1998;5(5):483.

CHAN000030

105

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Abstracts

14. Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM:  Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics.  Acad Emerg Med 1998;5(5):502.

15. Chan TC, Vilke GM, Buchanan J, Anderson M:  Patient ethnicity and age in prehospital emergency ambulance use and acuity rates.  Prehosp Emerg Care 1998;2(3):223.

16. Marino AT, Vilke GM, Chan TC, Buchanan J:  Precision of prehospital diazepam dosing for children in status epilepticus.  Prehosp Emerg Care 1998;2(3):232.

17. Marino AT, Vilke GM, Chan TC, Buchanan J:  Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures.  Prehosp Emerg Care 1998;2(3):233.

18. Vilke GM, Chan TC, Buchanan J, Dunford JV:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Prehosp Emerg Care 1998;2(3):236.

19. Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient release after prehospital naloxone?  Ann Emerg Med 1998;32(3)Part 2:S6.

20. Marino AT, Chan TC, Buchanan J, Vilke GM:  Precision of prehospital diazepam dosing for children in status epilepticus.  Ann Emerg Med 1998;32(3)Part 2:S30.

21. Marino AT, Vilke GM, Buchanan J, Chan TC:  Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures.  Ann Emerg Med 1998;32(3) Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G:  The fresh-frozen cadaver free-larynx model for cricothyrotomy training.  Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998;32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM:  Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model.  Ann Emerg Med 1998;32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal detector device accurately detect an esophageal intubation after gastric distention from air insufflation?  Ann Emerg Med 1998;32(3)Part 2:S51.

- 26 -

CHAN000031

106

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Abstracts

26.  Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does a complete neurologic
     examination adequately screen for significant intracranial abnormalities in minor head injury?
     J Emerg Med 1998;16(5):804.

27.  Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J:  Does GCS score affect prehospital
     intubation success rates in trauma patients?  J Emerg Med 1998;16(5):804-805.

28.  Vilke GM, Chan TC, Guss DA:  Prospective study on the utility of head CT scan in patients
     with minor head injury and GCS scores of 15.   J Emerg Med 1998;16(6):984.

29.  Chan TC, Vilke GM, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess
     regional automobile safety restraint use.  Prehosp Emerg Care 1999;3(1):83-84.

30.  Vilke GM, Chan TC:  Effect of a physician speaking directly to prehospital patients who want
     to sign out against medical advice.  Prehosp Emerg Care 1999;3(1):90.

31.  Marino A, Vilke GM, Chan TC:  Urban paramedics experience, comfort, and accuracy in the
     estimation of pediatric weights.  Prehosp Emerg Care 1999;3(1):92.

32.  Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM:  Comparison of wire-guided
     percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human
     cadaver models.  Acad Emerg Med 1999;6(5):514.

33.  Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D:  Using ultrasound to visualize
     and confirm endotracheal intubation.  Acad Emerg Med 1999;6(5):515.

34.  Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC:  Lidocaine administration through
     an esophageally placed Combitube in a canine model.  Acad Emerg Med 1999;6(5):519-520.

35.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air
     insufflation affect the accuracy of the syringe esophageal detector device in detecting
     esophageal intubation?  Acad Emerg Med 1999;6(5):520.

36.  Vilke GM, Marino A, Iskander J, Chan TC:  Knowledge of prescribed medications by
     emergency department patients.  Acad Emerg Med 1999;6(5):539.

37.  Brady WJ, Chase CD, Chan T:  Electrocardiographic ST-segment elevation: Correct
     identification of AMI and non-AMI syndromes by emergency physicians - Preliminary results.
     Ann Emerg Med 1999;34(4)Part 2:S23.

38.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate
     of prehospital midazolam for the treatment of pediatric seizures.  Prehosp Emerg Care
     2000;4(1):92.

- 27 -

CHAN000032

107

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Abstracts

39. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

40. Brady WJ, Viscardi GM, Chan T:  Electrocardiographic ST segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians.  Acad Emerg Med 2000;7(5):452-453.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J:  Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC:  Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM:  Original clinical decision guideline to identify patients with spinal epidural abscess.  Acad Emerg Med 2000;7(5):574-575.

46. Brady WJ, Viscardi G, Chase CD, Chan T:  Electrocardiographic ST-segment elevation: Correct identification of AMI and non-AMI syndromes by emergency physicians.  Ann Emerg Med 2000;35(5):S27-S28.

47. Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

48. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain.  J Emerg Med 2001;20(3):321.

49. Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF:  Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects?  Acad Emerg Med 2001;8(5):442.

50. Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV:  Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics.  Acad Emerg Med 2001;8(5):486.

- 28 -

CHAN000033

108

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PUBLICATIONS, continued:

### Abstracts

51. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T:  Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file).  Inter-university Consortium for Political and Social Research (distributor), 2001.

52. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals.  Ann Emerg Med 2001;38(4):S33.

53. Clark RF, Phillips M, Manoguerra AS, Chan TC:  Home calls from predominantly Latino communities to a regional poison center.  Clin Toxicol 2001;39(5):519.

54. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on emergency 911 transports from a county jail.  Prehosp Emerg Care 2002;6(1):162.

55. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(1):164.

56. Vilke GM, Steen PJ, Smith AM, Chan TC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  Prehosp Emerg Care 2002;6(1):165.

57. Jin AS, Chan T, Davis D, Vilke G:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  Acad Emerg Med 2002;9(5):381-382.

58. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments.  Acad Emerg Med 2002;9(5):389.

59. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM:  Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED?  Acad Emerg Med 2002;9(5):407.

60. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM:  Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department?  Ann Emerg Med 2002;40(4):S7-S8.

61. Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G:  The clinical presentation and outcome of emergency department patients with spinal epidural abscess.  Ann Emerg Med 2002;40(4): S103.

- 29 -

CHAN000034

109

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Abstracts

62.  Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in prehospital heroin
     overdose patients treated with Naloxone who refuse transport.  Prehosp Emerg Med
     2003;7(1):190.

63.  Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective Countywide Trial to
     Decrease Ambulance Diversion Hours.  Acad Emerg Med 2003;10(5):465.

64.  Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The Use of Risk Factor
     Assessment to Screen for Spinal Epidural Abscess in Emergency Department Patients with
     Spine Pain.  Acad Emerg Med 2003;10(5):569.

65.  Chan TC, Kelso D, Dunford JV, Vilke GM:  Can Trained Health Educators Provide
     Screening, Brief Intervention and Referral Services in an Academic Teaching Hospital
     Emergency Department?  Acad Emerg Med 2003;10(5):515.

66.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of decreasing
     ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med
     2003; 42(4):S6.

67.  Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. San Diego County improved
     patient destination trial to decrease emergency department diversion hours and diverted
     patients.  Ann Emerg Med 2003; 42(4):S2.

68.  Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM.  Does weight force during physical
     restraint cause respiratory compromise?  Ann Emerg Med 2003; 42(4):S17.

69.  Davis D, Grossman K, Vilke G, Kiggins D, Chan TC.  Inadvertent anticoagulation of
     emergency department patients with aortic dissection.  Ann Emerg Med 2003; 42(4): S99.

70.  Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA:  Impact of a rapid emergency department
     entry and an accelerated care initiative on patient wait times and length of stay.  Acad Emerg
     Med 2004;11(5):485.

71.  Patel RJ, Davis D, Vilke GM, Chan TC:  Comparison of wire-guided cricothyrotomy
     technique with and without balloon-cuffed endotracheal tubes vs. standard surgical
     cricothyrotomy.  Acad Emerg Med 2004;11(5):522.

72.  Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-
     Brown L, Davis DP:  The three-phase model of cardiac arrest as applied to ventricular
     fibrillation in a large, urban emergency medical services system.  Acad Emerg Med
     2004;11(5):604.

CHAN000035

110

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PUBLICATIONS, continued:

### Abstracts

73.   Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC.  Impact of a new booster seat law.  Ann Emerg Med 2004; 44(4):S39-S40.

74.   Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

75.   Killeen JP, Chan TC, Guss, DA. Impact of bar coding technology and computerized physician order entry on reducing laboratory specimen misidentification errors in the emergency department.  Acad Emerg Med 2005;12(5):49.

76.   Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

77.   Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

78.   Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

79.   Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J.  The potential safety of designated cardiac arrest receiving facilities.  Ann Emerg Med 2005;46(3):S17.

80.   Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA.  Accelerated care at triage:  Physician-directed ancillary testing at triange for patients waiting in an emergency department.  Ann Emerg Med 2005;46(3):S107-S108.

81.   Buono C, Chan TC, Brown S, Lenert L.  Role-tailored software systems for medical response to disasters: enhancing the capabilities of "mid-tier" responders.  AMIA Annu Symp Proc 2005: 908.

82.   Lenert LA, Palmer DA, Chan TC, Rao R.  An intelligent 802.11 triage tag for medical response to disasters.  AMIA Annu Symp Proc 2005: 440-4.

83.   Lenert LA, Chan TC, Griswold WG, Killeen J, Krisch D, Mishra R, Palmer DA, Rao RA. Wireless internet information systems for medical response in disasters (WIISARD).  AMIA Annu Symp Proc 2006: 1192.

84.   Demchak B, Chan TC, Griswold WG, Lenert LA.  Situational awareness during mass-casualty events: command and control.  AMIA Annu Symp Proc 2006: 905.

- 31 -

CHAN000036

/11

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Abstracts

85. Chan TC, Buono C, Killeen J, Griswold W, Huang R, Lenert L. Tablet computing for disaster scene managers. AMIA Annu Symp Proc 2006: 875.

86. Buono C, Huang R, Brown S, Chan TC, Killeen J, Lenert L. Role-tailored software systems for coordinating care at disaster sites: enhancing collaboration between the base hospitals with the field. AMIA Annu Symp Proc 2006: 867.

87. Killeen J, Chan TC, Buono C, Griswold WG, Lenert LA. A wireless first responder handheld device for rapid triage, patient assessment and documentation during mass casualty incidents. AMIA Annu Symp Proc 2006: 429-33.

88. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J. Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006; 13(5 Supp 1):S47.

89. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC. Evaluation of deaths associated with choking. Acad Emerg Med 2006; 13(5 Supp 1):S49.

90. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F. Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

91. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV. Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006; 13(5 Supp 1):S105-106.

92. Killeen JK, Chan T, Guss D. The impact of a pneumatic tube and computerized physician order entry on laboratory turnaround for cardiac markers. Acad Emerg Med 2006; 13(5 Supp 1):S114.

93. Guss DA, Chan T, Killeen J. The impact of pneumatic tube specimen transport and computerized order entry on laboratory turnaround. Acad Emerg Med 2006; 13(5 Supp 1):S63-64.

94. Chan TC, Killeen JP, Castillo EM, Guss DA. The impact of delayed admissions held in the emergency department on wait time, patient care time, and length of stay for other patients. Ann Emerg Med 2006; 48(4 Supp 1):S5.

95. Venieris PY, Chan TC, Killeen J. Multicenter trial assessing the impact of an overnight international "nighthawk" teleradiology system on CT radiology re-interpretation rates. Ann Emerg Med 2006; 48(4 Supp 1):S16.

CHAN000037

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PUBLICATIONS, continued:

### Abstracts

96. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC. Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006; 48(4 Supp 1):S23-S24.

97. Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006; 48(4 Supp 1):S59-S60.

98. Davis D, Salazar A, Vilke G, Chan T. The utility of a novel decision rule to diagnose spidal epidural abscess in ED patients with back pain. Ann Emerg Med 2006; 48(4 Supp 1):S66.

99. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L. Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006; 48(4 Supp 1):S69.

100. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC. San Diego county patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006; 48(4 Supp 1):S90.

101. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

102. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

103. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

104. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

105. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

106. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of electronic medication reconciliation on triage times for patients seen in the emergency department. Ann Emerg Med 2007; 50(3 Suppl 1):S71.

- 33 -

CHAN000038

113

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PUBLICATIONS, continued:

Abstracts

107. Vilke G, Chan T, Killen J, Castillo E.  Impact of psychiatric patient holds on the emergency department overcrowding.  Acad Emerg Med 2008; 15(5 Suppl 1):S221.

108. Buono C, Lyon J, Chan T, Griswold W, Castillo E, Killeen J, Kirsh D, Lenert L.  Does using a wireless, electronic patient data collection system increase patient time on the field?  Acad Emerg Med 2008; 15(5 Suppl 1):S12.

109. Chan T, Killeen J, Castillo E, Vilke G, Kennedy S, Feinberg R, Guss D.  Impact of an internet-based referral appointment system community clinic access and follow-up for ED patients with no primary care.  Acad Emerg Med 2008; 15(5 Suppl 1):S104.

CHAN000039

114

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


POSTER PRESENTATIONS:

1. Chan TC, Williams SR, Clark RF:  Formic acid skin burns resulting in systemic toxicity.
   National Toxicology Conference, Rochester, New York;  1995.

2. Chan TC, Krishel SJ, Bramwell K, Clark RF:  Survey of undocumented aliens using the
   emergency department.  Society for Academic Emergency Medicine (SAEM) Annual
   Meeting, San Antonio, Texas;  May 1995.

3. Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse
   for emergency medicine residents.  SAEM Annual Meeting, Denver, Colorado;  May 1996.

4. Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care
   by their managed care plan.  SAEM Annual Meeting, Denver, Colorado;  May 1996.

5. Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care
   by their managed care plan.  California Chapter of the American College of Emergency
   Physicians (CAL/ACEP) Scientific Assembly, La Jolla, California;  June 1996.

6. Vilke GM, Krishel SJ, Chan TC:  Prospective study to evaluate computer use to improve
   immunization status documentation in ED records.  CAL/ACEP Scientific Assembly, La Jolla,
   California;  June 1996.

7. Chan TC, Vilke GM, Neuman T, Clausen JL:  Does restraint position result in respiratory
   compromise?  CAL/ACEP Scientific Assembly, Rancho Mirage, California;  May 1997.

8. Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating
   blood loss.  CAL/ACEP Scientific Assembly, Rancho Mirage, California;  May 1997.

9. Moss S, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital
   patients signed out against medical advice by field paramedics.  CAL/ACEP Scientific
   Assembly, Rancho Mirage, California;  May 1997.

10. Chan TC, Vilke GM, Neuman T, Clausen JL:  Does restraint position result in respiratory
    compromise?  SAEM Annual Meeting, Washington, DC;  May 1997.

11. Evans SD, Fisher RP, Vilke GM, Chan TC:  Accuracy of urban field paramedics estimating
    blood loss.  SAEM Annual Meeting, Washington, DC;  May 1997.

12. Moss S, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital
    patients signed out against medical advice by field paramedics.  SAEM Annual Meeting,
    Washington, DC;  May 1997.

13. Neuman T, Vilke GM, Chan TC, Clausen JL:  Changes in pulmonary function associated
    with position.  Undersea & Hyperbaric Medical Society (UHMS) Annual Meeting, Cancun,
    Mexico;  June 1997.

- 35 -

CHAN000040

115

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

POSTER PRESENTATIONS, continued:

14. Vilke GM, Guss DA, Chan TC: Does a complete neurologic exam adequately screen for significant intracranial abnormalities in minor head injury? ACEP International Conference, Vancouver, British Columbia, Canada; March 1998.

15. Kramer M, Chan TC, Buchanan J, Vilke GM: Does GCS score affect prehospital intubation success rates in trauma patients? ACEP International Conference, Vancouver, British Columbia, Canada; March 1998.

16. Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM: Successful out-of-hospital airway management by emergency medicine technicians-Is using the Combitube. SAEM Annual Meeting, Chicago, Illinois; May 1998.

17. Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR: The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation. SAEM Annual Meeting, Chicago, Illinois; May 1998.

18. Vilke GM, Chan TC, Neuman T, Clausen JL: The effect of body positioning on pulmonary function. SAEM Annual Meeting, Chicago, Illinois; May 1998.

19. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P: Emergency department airway management before and after the start of an emergency medicine residency training program. SAEM Annual Meeting, Chicago, Illinois; May 1998.

20. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device. SAEM Annual Meeting, Chicago, Illinois; May 1998.

21. Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM: Rapid sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics. SAEM Annual Meeting, Chicago, Illinois; May 1998.

22. Chan TC, Buchanan J, Anderson M, Vilke GM: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

23. Vilke GM, Chan TC, Neuman TS, Clausen JL: The effect of body position on pulmonary function. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

24. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

25. Gerling MC, Hamilton RS, Davis DP, Morris GF, Chan TC, Vilke GM, Garfin SR, Hayden SR: Movement across an unstable cervical spine injury in a cadaver model of intubation. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

- 36 -

CHAN000041

116

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## POSTER PRESENTATIONS, continued:

26. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

27. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

28. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: Effect of blade type and cervical spine immobilization on laryngoscopy in a cadaver model of intubation. CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

29. Marino A, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. National Association of Emergency Medical Service Physicians (NAEMSP) Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

30. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

31. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after prehospital naloxone? NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

32. Chan TC, Vilke GM, Anderson ME, Ray LU: Prehospital data on safety restraint use in children and adolescents involved in motor vehicle crashes. California Center for Childhood Injury Prevention Conference, Sacramento, California; September 1998.

33. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. ACEP Research Forum, San Diego, California; October 1998.

34. Marino A, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. ACEP Research Forum, San Diego, California; October 1998.

35. Marino A, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. ACEP Research Forum, San Diego, California; October 1998.

36. Davis DP, Bramwell K, Hamilton RS, Chan TC, Vilke GM: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. ACEP Research Forum, San Diego, California; October 1998.

CHAN000042

117

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

<u>POSTER PRESENTATIONS, continued</u>:

37. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does the syringe esophageal detector device accurately detect an esophageal intubation gollowing gastric distention from air insufflation?  ACEP Research Forum, San Diego, California;  October 1998.

38. Chan TC, Bramwell K, Hamilton RS, Davis DP, Vilke GM:  Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model.  ACEP Research Forum, San Diego, California;  October 1998.

39. Vilke GM, Chan TC:  Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

40. Marino A, Vilke GM, Chan TC:  Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights.  NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

41. Ma G, Schmitt J, Chan TC, Vilke GM, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  SAEM Western Regional Research Forum, Redondo Beach, California;  March 1999.

42. Chan TC, Davis DP, Bramwell K, Hamilton RS, Vilke GM:  Comparison of wire-guided percutaneous cricothyrotomy versus standard cricothyrotomy.  SAEM Annual Meeting, Boston, Massachusetts;  May 1999.

43. Hamilton RS, Davis DP, Bramwell K, Nordt S, Vilke GM, Chan TC:  Lidocaine administration through an esophageally placed Combitube in a canine model.  SAEM Annual Meeting, Boston, Massachusetts;  May 1999.

44. Vilke GM, Chan TC, Marino A, Iskander J:  Knowledge of prescribed medications by ED patients.  SAEM Annual Meeting, Boston, Massachusetts;  May 1999.

45. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation?  SAEM Annual Meeting, Boston, Massachusetts;  May 1999.

46. Ma G, Schmitt J, Chan TC, Vilke GM, Chan D:  Using ultrasound to visualize and confirm endotracheal intubation.  SAEM Annual Meeting, Boston, Massachusetts;  May 1999.

47. Vilke GM, Marino A, Iskander J, Chan TC:  Survey of paramedics for latex allergy risk factors.  SAEM Western Regional Research Forum, Portland, Oregon;  April 2000.

48. Vilke GM, Chan TC, Calkins T, Clark RF:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

CHAN000043

118

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


<u>POSTER PRESENTATIONS, continued</u>:

49. Chan TC, Vilke GM, Choi S, Krishel SJ, Dunford JV: Survey of emergency department patients who accessed 911. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

50. Schmitt J, Ma G, Vilke GM, Chan TC: Suprasternal versus cricothyroid placement in US guided ET placement. SAEM Annual Meeting, San Francisco, California; May 2000.

51. Schmitt J, Ma G, Vilke GM, Chan TC: Use of air absorbing ultrasound contrast in US ET placement. SAEM Annual Meeting, San Francisco, California; May 2000.

52. Wold R, Davis D, Chan TC, Vilke GM: Clinical decision guideline to identify patients with epidural abscess. SAEM Annual Meeting, San Francisco, California; May 2000.

53. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. SAEM Annual Meeting, San Francisco, California; May 2000.

54. Vilke GM, Marino A, Iskander J, Chan TC: Survey of paramedics for latex allergy risk factors. SAEM Annual Meeting, San Francisco, California; May 2000.

55. Vilke GM, Chan TC, Choi S, Krishel SJ, Dunford JV: Survey of emergency department patients who accessed 911. CAL/ACEP Scientific Assembly, Dana Point, California; June 2000.

56. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. CAL/ACEP Scientific Assembly, Dana Point, California; June 2000. (Won Award for Best Research Poster)

57. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV: Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients. State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

58. Vilke GM, Chan TC, Marino A: Urban paramedics' experience, comfort and accuracy in the estimation of pediatric weights. State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

59. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Western Regional Research Forum, Irvine, California; March 2001.

60. Vilke GM, Chan TC: Prehospital EMT latex allergy risk survey. SAEM Western Regional Research Forum, Irvine, California; March 2001.

61. Vilke GM, Seltzer AG, Fisher R, Dunford JV, Chan TC: Outcome study of minors after initial parental refusal of EMS transport. SAEM Western Regional Research Forum, Irvine, California; March 2001.

CHAN000044

119

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## POSTER PRESENTATIONS, continued:

62. Chan TC, Vilke GM, Clark RF, Clausen J, Neuman T: Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects? SAEM Annual Meeting, Atlanta, Georgia;  May 2001.

63. Vilke GM, Seltzer AG, Fisher R, Dunford, JV, Chan TC:  Outcome study of minors after initial parental refusal of EMS transport.  CAL/ACEP Scientific Assembly, Santa Clara, California;  June 2001.

64. Chan TC, Dunford J, Vilke GM, Hix A, Schnell S, Liening J, Edgar J:  Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics to two urban area hospitals.  ACEP Research Forum, Chicago, Illinois;  October 2001.

65. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

66. Vilke GM, Steen PJ, Smith AM, ChanTC:  Out-of-hospital pediatric intubation by paramedics: The San Diego experience.  NAEMSP Annual Meeting, Tucson, Arizona;  January 2002.

67. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM:  Impact of an on-call physician on 9-1-1 ambulance transports from a county jail.  NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

68. Jenson P, Chan TC, Vilke GM, Leining J, Schenell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Effect of a serial inebriate program on hospital and ambulance use by chronic alcoholics.  SAEM Western Regional Research Forum, San Diego, California;  April 2002.

69. Jin A, Vilke G, Chan T, Davis D:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  SAEM Western Regional Research Forum, San Diego, California;  April 2002.

70. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Does the addition of parenteral opiate pre-medication increase risk of complications when combined with methohexital for procedural moderate sedation in the ED?  SAEM Western Regional Research Forum, San Diego, California;  April 2002.

71. Jenson P, Chan TC, Vilke GM, Leining J, Schenell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J:  Effect of a serial inebriate program on hospital and ambulance use by chronic alcoholics.  SAEM Annual Meeting, St. Louis, Missouri; May 2002.

72. Jin A, Vilke G, Chan T, Davis D:  Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia.  SAEM Annual Meeting, St. Louis, Missouri; May 2002.

- 40 -

CHAN000045

120

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


POSTER PRESENTATIONS, continued:

73.   Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Does the addition of parenteral opiate
      pre-medication increase risk of complications when combined with methohexital for
      procedural moderate sedation in the ED?  SAEM Annual Meeting, St. Louis, Missouri;
      May 2002.

74.   Chan TC, Kelso D, Dunford JV, Vilke GM:  Can trained health educators provide screening,
      brief intervention and referral services in an academic teaching hospital emergency
      department?  SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

75.   Vilke GM, Smith AM, Upledger-Ray L, Steen PJ, Murrin PA, Chan TC:  Airway obstruction
      in paramedic responses for children less than five years.  SAEM Western Regional Meeting,
      Scottsdale, Arizona; April 2003.

76.   Chan TC, Vilke GM, Upledger-Ray L, Smith AM, Stepanski BM, Murrin PA:  Helmet use
      and injuries with scooters, skateboards, rollerblades and skates in children:  how do they
      compare with bicycles?  SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

77.   Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC:  Prospective Countywide Trial to
      Decrease Ambulance Diversion Hours.  SAEM Annual Meeting, Boston, Massachusetts, May
      2003.

78.   Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM:  The Use of Risk Factor
      Assessment to Screen for Spinal Epidural Abscess in Emergency Department Patients with
      Spine Pain.  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

79.   Chan TC, Kelso D, Dunford JV, Vilke GM:  Can Trained Health Educators Provide
      Screening, Brief Intervention and Referral Services in an Academic Teaching Hospital
      Emergency Department?  SAEM Annual Meeting, Boston, Massachusetts, May 2003.

80.   Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. San Diego County improved
      patient destination trial to decrease emergency department diversion hours and diverted
      patients.  ACEP Annual Meeting, Boston, Massachusetts, October 2003.

81.   Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM.  Does weight force during physical
      restraint cause respiratory compromise?  ACEP Annual Meeting, Boston, Massachusetts,
      October 2003.

82.   Davis D, Grossman K, Vilke G, Kiggins D, Chan TC.  Inadvertent anticoagulation of
      emergency department patients with aortic dissection.  ACEP Annual Meeting, Boston,
      Massachusetts, October 2003.

83.   Killeen JP, Chan TC, Guss, DA. Impact of bar coding technology and computerized physician
      order entry on reducing laboratory specimen misidentification errors in the emergency
      department.  SAEM Annual Meeting, New York, New York, May 2005.

-41-

CHAN000046

(21

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## POSTER PRESENTATIONS, continued:

84.  Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  SAEM Annual Meeting, New York, New York, May 2005.

85.  Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  SAEM Annual Meeting, New York, New York, May 2005.

86.  Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  SAEM Annual Meeting, New York, New York, May 2005.

87.  Michalewicz, B.A., T.C. Chan, G.M. Vilke, S.S. Levy, T.S. Neuman, and F.W. Kolkhorst.  Ventilatory and metabolic demands during aggressive physical restraint in healthy adults.  American College of Sports Medicine Annual Meeting, Denver, CO, June 2006.  [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

88.  Chan TC, Buono C, Killeen J, Griswold W, Lenert L.  Tablet computing for disaster scene managers.  AMIA Annual Symposium, Washington, DC, November 2006.

89.  Buono C, Huang R, Brown S, Chan TC, Killeen J, Lenert L.  Role-tailored software systems for coordinating care at disaster sites:  Enhancing collaboration between the base hospitals with the field.  AMIA Annual Symposium, Washington, DC, November 2006.

90.  Demchak B, Chan TC, Griswold WG, Lenert LA.  Situational awareness during mass-casualty events:  Command and control.  AMIA Annual Symposium, Washington, DC, November 2006.

91.  Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F.  The impact of the taser weapon on respiratory and ventilatory function in human subjects.  SAEM Annual Meeting, Chicago, IL, May 2007.

92.  Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L.  Does wireless technology improve patient tracking in mass casualty incidents?  SAEM Annual Meeting, Chicago, IL, May 2007.

93.  Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T.  Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects?  SAEM Annual Meeting, Chicago, IL, May 2007.

94.  Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T.  Cardiovascular and metabolic effects of the taser on human subjects.  SAEM Annual Meeting, Chicago, IL, May 2007.

CHAN000047

122

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


<u>POSTER PRESENTATIONS, continued</u>:

95.  Sloane C, Vilke G, Chan T, Levine S, Dunford J.  Serum troponin I measurement of subjects
     exposed to the taser x-26.  SAEM Annual Meeting, Chicago, IL, May 2007.

96.  Chan T, Buono C.  Field provider geolocation position tracking at mass gathering events.
     AMIA Annual Meeting, Chicago, IL, November 2007.

CHAN000048

123

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

<u>ORAL PRESENTATIONS AT NATIONAL MEETINGS:</u>

1.  Chan TC, Buchanan J, Anderson M, Vilke GM:  Patient ethnicity and age in prehospital
    emergency ambulance use and acuity rates.  NAEMSP Mid-Year Meeting, Lake Tahoe,
    Nevada;  July 1998.

2.  Vilke GM, Dunford JV, Buchanan J, Chan TC:  Are opiate overdose deaths related to patient
    release after naloxone?  ACEP Research Forum, San Diego, California;  October 1998.

3.  Vilke GM, Chan TC, Ray LU, Anderson ME:  Use of prehospital crash injury data to assess
    regional automobile safety restraint use.  NAEMSP Annual Meeting, Marcos Island, Florida;
    January 1999.

4.  Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM:  Does gastric distention from air
    insufflation affect the accuracy of the syringe esophageal detector device in detecting
    esophageal intubation?  SAEM Western Regional Research Forum, Redondo Beach,
    California;  March 1999.

5.  Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM:  The efficacy and complication rate
    of prehospital midazolam for the treatment of pediatric seizures.  NAEMSP Annual Meeting,
    Dana Point, California;  January 2000.

8.  Eisele JW, Chan T, Vilke G, Neuman T, Clausen J:  Effect of weight placed on the back of
    subjects in the hobble restraint position.  American Academy of Forensic Sciences Annual
    Meeting, Reno, Nevada;  February 2000.

9.  Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL:  The effect of oleoresin capsicum
    spray inhalation on pulmonary and respiratory function.  SAEM Western Regional Research
    Forum, Portland Oregon;  April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV:  Outcome of out-of-hospital refusal of
    paramedic transport by parents of pediatric patients.  State of California EMS Authority
    Annual EMS for Children Conference, San Diego, California;  November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC:  Effect of prehospital use of
    nitroglycerine on EKG findings in patients with chest pain.  American Academy of
    Emergency Medicine (AAEM) Annual Conference, Orlando, Florida;  March 2001.

12. Vilke GM, Steen PJ, Smith AM, Chan TC:  Pediatric intubation by paramedics: The San Diego
    County experience.  SAEM Western Regional Research Forum, Irvine, California;  March 2001.

13. Chan TC, Dunford JV, Vilke GM:  Impact of a community multidisciplinary homeless
    outreach team.  SAEM Annual Meeting, Atlanta, Georgia;  May 2001.

- 44 -

CHAN000049

124

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

14. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

15. Clark RF, Phillips M, Manoguerra AS, Chan TC: Home calls from predominantly Latino communities to a regional poison center. North American Congress of Clinical Toxicology, Montreal, Canada; October 2001.

16. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

17. Killeen JP, Chan TC, Smith M, Hutches D, Hidley G, Lenert L: Prehospital Field Telemedicine Evaluation Utilizing 1xEV-D0 Wireless Internet. American Telemedicine Association Annual Meeting, Orlando, Florida; April 2003.

18. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC. The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. ACEP Annual Meeting, Boston, Massachusetts, October 2003.

19. Killeen J, Chan TC. A wireless first responder handheld device for rapid triage, patient assessment and documentation during mass casualty incidents. AMIA Annual Symposium, Washington, DC, November 2006.

20. Lenert LA, Chan TC, et al: Wireless internet information system for medical response in disasters (WIISARD). AMIA Annual Symposium, Washington, DC, November 2006.

CHAN000050

125

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

## PRESENTATIONS/SPEAKING ENGAGEMENTS:

1. "Anorectal Disorders and Emergencies" -- Emergency Medicine Core Curriculum Conference, UCSD Medical Center;  December 1993.

2. "Ear and Nose Emergencies" -- Emergency Medicine Core Curriculum Conference, UCSD Medical Center;  January 1995.

3. "Marine Envenomations" -- Emergency Medicine Toxicology Conference, UCSD Medical Center;  August 1995.

4. "Child Abuse in the Emergency Department" --
   - Emergency Medicine Core Curriculum Conference, UCSD Medical Center; September 1995.
   - Noon Conference, Department of Emergency Services, San Francisco General Hospital; January 1996.

5. "Thrombolytics in Noncardiac Emergencies" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center;  May 1996.

6. "Billing in the Emergency Department" -- Emergency Medicine Resident Orientation, UCSD Medical Center;  July 1996.

7. "EMS Data Innovations - Prehospital AMA Patients" -- Shaping EMS for the 21st Century Conference, Emergency Medical Services Administrators Association of California, San Diego, California;  May 1997.

8. "Non-accidental Trauma (NAT)" -- County-wide Field Care Audit, presented by Mercy Hospital and UCSD Medical Center, San Diego, California;  May 1998.

9. "Trauma" -- UCSD National City School District Systemic Teacher Enhancement Project, National City, California;  June 1998.

10. "Prehospital Research" -- Prehospital Audit Committee, County of San Diego; September 15, 1998.

11. "Emergency Medicine Research" -- Howard Hughes Student Lecture, UC San Diego, November 3, 1998.

12. "The Impact of Oleoresin Capsicum Spray on Respiratory Function in the Sitting and Hobble Restraint Positions" --
   - San Diego Regional Public Safety Training Institute; March 11, 1999.
   - San Diego SWAT Teams Unit; May 12, 1999.

13. "Studies in Restraint Physiology" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center;  July 13, 1999.

- 46 -

CHAN000051

126

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PRESENTATIONS/SPEAKING ENGAGEMENTS, continued:

14. .Results of the National Institute of Justice Study on Oleoresin Capsicum Spray, sponsored by the U.S. Department of Justice -- San Diego Regional Public Safety Training Institute; September 30, 1999.

15. "Outpatient Treatment of Deep Venous Thrombosis" -- Clinical Practice Guidelines for the Primary Care Physician, sponsored by UCSD School of Medicine, San Diego, California; November 20, 1999.

16. "Restraint Position and Positional Asphyxia" -- Invited presentation to the Health and Human Services Subcommittee, Grand Jury, County of San Diego; November 1999.

17. "Management and Triage of Heart Failure Patients in the Emergency Department" -- Congestive Heart Failure Task Force Conference, UCSD Medical Center; January 26, 2000, February 9, 2000.

18. "Anatomy of a Lawsuit: The Dollars, Sense, and Strategies of Medical Malpractice Litigation" --
    - Housestaff Association, Alumni and Faculty, UCSD Medical Center; March 15, 2000.
    - Department of Medicine Noon Conference, UCSD Medical Center; March 16, 2000.

19. Findings of the National Institute of Justice Study on Oleoresin Capsicum Spray and Respiratory Function -- Nonlethal Defense IV Conference, National Defense Industrial Association, Tysons Corner, Virginia; March 22, 2000.

20. "Overview of Findings From Study on Positional Asphyxia and Pepper Spray" -- to the Liability Panel, Less-Than-Lethal Technology and Policy Assessment, National Institute of Justice, United States Department of Justice, Washington, DC; June 20, 2000.

21. "Positional Asphyxia Review" -- 2000 PPCT Use of Force Conference, St. Louis, Missouri; July 14, 2000.

22. Keynote Address: "Myocardial Reperfusion" -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 14, 2000.

23. Difficult Airway Panel (Davis D, Wolfe R, Chan T, Bramwell K) -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 15, 2000.

24. "Conscious Sedation" -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 17, 2000.

25. Airway Workshop (Wolfe R, Chan T, Bramwell K, Davis D) -- Emergency Medicine in Jackson Hole Conference, Jackson Hole, Wyoming; August 17, 2000.

26. "Findings of the National Institute of Justice Oleoresin Capsicum Exposure and Restraint Study" -- San Diego Special Enforcement Detail (SWAT), County of San Diego, California; October 18, 2000.

- 47 -

CHAN000052

127

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PRESENTATIONS/SPEAKING ENGAGEMENTS, continued:

27.  "OC Spray and Positional Asphyxia: Separating Fact from Fiction" -- International
     Association of Chiefs of Police 107th Annual Conference, San Diego, California;  November
     11, 2000.

28.  "Positional Asphyxia and Oleoresin Capsicum: Results of the National Institute of Justice
     Study" -- Non-Lethal Chemical Agents for Trainers Conference, Carlsbad, California;
     November 15, 2000.

29.  "Common ENT Emergencies Seen in the ED"; "Non-accidental Trauma"; "New Strategies for
     Acute Myocardial Perfusion"; "Procedural Analgesia and Sedation" -- Mammoth Mountain
     Emergency Medicine Conference, Mammoth Lakes, California;  March 5-6, 2001.

30.  "Emerging Infections: The Coming Plague" -- ACEP Emergency Medicine Connection,.
     San Diego, California;  March 20, 2001.

31.  "Emergency Procedural Analgesia & Sedation" -- CAL/ACEP Scientific Assembly,
     Santa Clara, California;  June 8, 2001.

32.  "Clinical Aspects of Bioterrorism" -- San Diego County Health and Human Services;
     December 6, 2001.

33.  "Awareness and Use of the California Regional Poison Center in Two Ethnically Diverse
     Communities in San Diego" -- San Diego Briefings of the UCSD Civic Collaborative,
     San Diego, California;  March 19, 2002.

34.  "Bio-Terrorism: Disaster Preparedness in San Diego" -- Emergency Department Second
     Annual Symposium, Sharp Grossmont Hospital, San Diego, California;  April 17, 2002.

35.  "Emergency Management of Rhythm Disorders" -- Arrhythmic & Ischemic Emergencies:
     New Treatment Approaches - Dinner Symposium, Los Angeles, California;  June 13, 2002.

36.  Roundtable on Cultural Diversity Competency and Training -- Council of Residency
     Directors, ACEP Scientific Assembly, Seattle, Washington, October 7, 2002.

37.  "Chemical Agent Overview" -- San Diego County Health and Human Services;  January 8,
     2003.

38.  "Positional Asphyxia and Sudden Custody Death – Separating Fact from Fiction" -- American
     Society for Law Enforcement Training, Ontario, California;  January 10, 2003.

39.  "Reperfusion for AMI" -- Western States Winter Conference on Emergency Medicine, Park
     City, Utah;  January 22, 2003.

40.  "ENT Emergencies" -- Western States Winter Conference on Emergency Medicine, Park City,
     Utah;  January 23, 2003.

CHAN000053

128

Curriculum Vitae
Theodore C. Chan, M.D., FACEP


<u>PRESENTATIONS/SPEAKING ENGAGEMENTS, continued:</u>

41. "Bioterrorism Update: Smallpox and Smallpox Vaccination" -- San Diego County Sheriff's Department, SWAT, and Special Enforcement Detail, San Diego, California;  February 10, 2003.

42. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California;  February 11, 2003.

43. "Bioterrorism Update: Smallpox and Smallpox Vaccination" -- San Diego County Sheriff's Department, ASTREA Division, San Diego, California;  March 14, 2003.

44. "Positional Asphyxia" -- American Correctional Health Services Association Conference 2003, San Diego, California;  September 25, 2003.

45. "Challenging ECG cases in the ED:  Pearls and Pitfalls" -- Western States Winter Conference on Emergency Medicine, Park City, Utah;  January 28, 2004.

46. "Positional Asphyxia" -- San Diego County Sheriff's Department – Medical Division, San Diego, California;  January 29, 2004.

47. "Improving Patient Flow and Reducing ED Crowding: Findings from 10 Hospitals" -- Urgent Matters, Web-based program, World Wide Web;  July 1, 2004.

48. "After-the-Fire Grantee Summit" -- The San Diego Foundation, San Diego, California;  October 21, 2004.

49. "Wireless Internet Information System for Medical Response to Disasters – The WIISARD Project" -- San Diego Metropolitan Medical Strike Team, San Diego, California; November 17, 2004.

50. "Urgent Matters Study (input, throughput, output) of UCSD Medical Center's Emergency Department" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

51. "Best Practices of other Urgent Matters Hospitals" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

52. "Emergency Room Problems in San Diego;  How Can We Improve Quality?" -- The San Diego Patient Safety Consortium Patient Safety Form, San Diego, California; December 16, 2004.

53. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

54. "Promise and Pitfalls:  Emergency Department Information Systems" -- Urgent Matters Regional Conferences, Atlanta, Georgia; October 14, 2005.

CHAN000054

129

Curriculum Vitae
Theodore C. Chan, M.D., FACEP

PRESENTATIONS/SPEAKING ENGAGEMENTS, continued:

55. "Promise and Pitfalls: Emergency Department Information Systems" -- Urgent Matters Regional Conferences, Las Vegas, Nevada; October 28, 2005.

56. "Wireless Internet Information System for Medical Response to Disasters" -- Metropolitan Medical Response System Quarterly Meeting, San Diego, California; January 19, 2006.

57. "In-Custody Sudden Deaths" -- Florida Sheriffs Association One Day Symposium, Orlando, Florida; June 1, 2006.

58. "They Didn't Need to Shoot Him: Providing Effective Alternatives to Lethal Force" Plenary Panel -- The National Institute of Justice Conference, Washington D.C.; July 18, 2006.

59. "Use of Force: Sudden Death Myths and Excited Delirium" - The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington D.C.; September 10, 2006.

60. "Cardiac, Respiratory, and Metabolic Effects of EMD" - NIJ Steering Group Committee, US Department of Justice, Office of Justice Programs, Washington D.C.; October 30, 2006.

61. "IT Innovation in an Academic Emergency Department" - Institute for Healthcare Improvement Meeting, San Diego, California; November 2, 2006.

62. "Restraint Physiology: Separating Fact from Fiction" - Sudden Death, Excited Delirium and In-custody Death Conference, Las Vegas, Nevada; November 16, 2006.

63. "Use of Force and Sudden In-Custody Death" - Minnesota Dept of Public Safety – Bureau of Criminal Apprehension, Minneapolis, Minnesota; April 30, 2007.

64. "Chlorine Gas Exposure and Chemical Terrorism" - San Diego County Metropolitan Medical Strike Team, San Diego, California; September 19, 2007.

65. "Power of Innovation: The Strategic Use of Technology to Improve the Patient Experience" – CEO Rounds, UCSD Medical Center, San Diego, California; September 20, 2007.

66. "Tasers" – San Diego County EMS/ED American Medical Response Field Care Audit, San Diego, California; September 26, 2007.

67. "ER Overcrowding;" Panelist – ER Overcrowding Summit, San Diego, California; October 2, 2007.

68. "Restraints and Sudden Death" – Sudden Death, Excited Delirium and In-Custody Death Conference, Las Vegas, Nevada; November 28, 2007.

69. "UCSD Emergency Medicine" – DOM Clinical Service Chief's Meeting, San Diego, California; May 20, 2008.

CHAN000055

130