Michael C. Manning (#016255)
Leslie E. O'Hara (#005923)
**STINSON MORRISON HECKER LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: mmanning@stinson.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| CHARA WATSON-NANCE and LIA SHACKELFORD, the natural children of Doris Virginia Watson; and the ESTATE OF DORIS VIRGINIA WATSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PHOENIX, a public entity; CITY OF PHOENIX POLICE DEPARTMENT; CHIEF JACK HARRIS and JANE DOE HARRIS, husband and wife; STEVE ORONA and JANE DOE ORONA, husband and wife; JOHN BUCKNER and JANE DOE BUCKNER, husband and wife; BRIAN GRAY and JANE DOE GRAY, husband and wife; KELLI GARCIA and JOHN DOE GARCIA, husband and wife; THERESA CLARK and JOHN DOE CLARK, husband and wife; JOHN DOE OFFICERS I-X; JANE DOE OFFICERS I-X; JOHN DOE SUPERVISORS I-X; JANE DOE SUPERVISORS I-X; JOHN DOES I-X; JANE DOES I-X,<br><br>Defendants. | No. CV-08-1129-PHX-ROS<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DAUBERT MOTION/MOTION IN LIMINE TO EXCLUDE TESTIMONY PERTAINING TO POSITIONAL ASPHYXIA RESULTING FROM COMPRESSION**<br><br>(The Honorable Roslyn O. Silver) |

Plaintiffs and Defendants, through counsel, stipulate to and respectfully request to extend the deadline for Plaintiffs' response to this motion from its present due date of

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

August 19, 2010, to August 27, 2010.  Undersigned counsel is responsible for drafting Plaintiffs' Response and has vacation scheduled for the week the response is presently due.  For this reason, Plaintiffs' counsel requests this brief extension..

RESPECTFULLY SUBMITTED this 1th day of August, 2010.

By: **STINSON MORRISON HECKER LLP**

s/ Leslie E. O'Hara
Michael C. Manning
Leslie E. O'Hara
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Attorneys for Plaintiffs

**JONES SKELTON & HOCHULI, PLC**

By: s/ Leslie E. O'Hara – *signed for Nicholas D. Acedo*
Kathleen L. Wieneke
Christina Retts
Nicholas D. Acedo
2910 N. Central Avenue, Suite 800
Phoenix, AZ  85012
*Attorneys for Defendants City of Phoenix, Harris, Orona, Buckner, Gray, Garcia, and Clark*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2010, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

The following ECF participants:

> Kathleen L. Wieneke
> Christina Retts
> Nicholas D. Acedo
> JONES, SKELTON & HOCHULI, P.L.C.
> 2901 North Central Avenue, Suite 800
> Phoenix, Arizona 85012
> *Attorneys for Defendants*

I hereby certify that on August 11, 2010, a courtesy copy was mailed to:

> Judge Roslyn O. Silver


By:   s/ Kathleen Kaupke