1  Michael C. Manning (#016255)
   **STINSON MORRISON HECKER LLP**
2  1850 North Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4584
3  Tel: (602) 279-1600
   Fax: (602) 240-6925
4  Email: mmanning@stinson.com
   Attorneys for Plaintiffs
5

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF ARIZONA**

8  Chara Watson-Nance and Lia              No. CV-08-1129-PHX-ROS
   Shackelford, the natural children of
9  Doris Virginia Watson; and the Estate
   of Doris Virginia Watson,
10
11                        Plaintiffs,      **PLAINTIFFS' NOTICE OF**
                                           **SETTLEMENT**
12 v.

13 City of Phoenix, a public entity; City
   of Phoenix Police Department; Chief
14 Jack Harris and Jane Doe Harris,
   husband and wife; Steve Orona and
15 Jane Doe Orona, husband and wife;
   John Buckner and Jane Doe Buckner,
16 husband and wife; Brian Gray and Jane
   Doe Gray, husband and wife; Kelli
17 Garcia and John Doe Garcia, husband
   and wife; Theresa Clark and John Doe
18 Clark, husband and wife; John Doe
   Officers I-X; Jane Doe Officers I-X;
19 John Doe Supervisors I-X; Jane Doe
   Supervisors I-X; John Does I-X; Jane
20 Does I-X,

21                        Defendants.

22        Pursuant to L.R. Civ. 40.2(d), Plaintiffs hereby give notice that the parties have

23 reached a settlement.   The parties are currently in the process of preparing and

24 executing a final Settlement Agreement and related documents, which they expect to be

25 completed shortly.  Upon completion of that documentation, the parties intend to notify

26 the court and seek dismissal of this action.

27

28

DB03/810356.0002/9757128.1DD02

1       RESPECTFULLY SUBMITTED this 23rd day of November, 2011

2                                                           **STINSON MORRISON HECKER LLP**

3

4                                              By:    s/ Michael C. Manning
                                                      Michael C. Manning
5                                                     1850 North Central Avenue, Suite 2100
                                                      Phoenix, Arizona 85004-4584
6                                                     Attorneys for Plaintiffs

7

8

9                                      **CERTIFICATE OF SERVICE**

10
          I hereby certify that on November 23, 2011, I caused the foregoing document to
11
      be filed electronically with the Clerk of Court through ECF; and that ECF will send an
12
      e-notice of the electronic filing to:
13
          Kathleen L. Wieneke
14        Christina Retts
          STRUCK WIENEKE & LOVE
15        *Attorneys for Defendants*

16
          I hereby certify that on November 23, 2011, a courtesy copy was mailed to:
17
          Judge Roslyn O. Silver
18

19
                                                      /s  Kathleen Kaupke
20

21

22

23

24

25

26

27

28

2

DB03/810356.0002/9757128.1DD02